IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

IN THE MATTER OF:                          CASE NO. 19-22312

WINDSTREAM HOLDINGS, INC.

  DEBTOR                                                  CHAPTER 11

<u>NOTICE OF APPEARANCE</u>
<u>AND</u>
<u>REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS</u>

    Notice is hereby given that Tara LeDay, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for The County of Anderson, Texas, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated:  February 25, 2019

                                                 Respectfully submitted,

                                                 MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                 Attorneys for Claimant, The County of Anderson, Texas

                                                 <u>*/s/Tara LeDay*</u>
                                                 Tara LeDay
                                                 State Bar Number 24106701
                                                 P.O. Box 1269
                                                 Round Rock, Texas 78680
                                                 Telephone: (512) 323-3200
                                                 Fax: (512) 323-3205
                                                 Email: tleday@mvbalaw.com

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Stephen Hessler, Kirkland & Ellis, LLP, 601 Lexington Avenue, New York, New York 10022, and to those parties listed on the Court's Notice of Electronic Filing on February 25, 2019, by Electronic Notification.

                                                 <u>*/s/Tara LeDay*</u>
                                                 Tara LeDay