**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| WINDSTREAM HOLDINGS, INC., *et al.*,[1] | Case No. 19-22312 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF PAPERS PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Stephen D. Lerner of Squire Patton Boggs (US) LLP hereby appears as counsel for Prodapt North America, Inc. ("Prodapt") in the case of the above-captioned debtors pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  Pursuant to Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007, and 9010 and Bankruptcy Code section 1109(b), Prodapt requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case, be transmitted to:

Stephen D. Lerner
stephen.lerner@squirepb.com
Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 872-9800
Facsimile:  (212) 872-9815

---

[1] The last four digits of debtor Windstream Holdings, Inc.'s tax identification number are 7717.  Due to the large number of debtor entities in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.kccllc.net/windstream.  The location of the debtors' service address for purposes of these chapter 11 cases is:  4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint or demand, statement of affairs, and operating reports, whether formal or information, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorney consents to service via electronic mail.

**PLEASE TAKE FURTHER NOTICE** that nothing herein or otherwise, including without limitation, any later appearance, pleading, claim, or action, is intended or shall be deemed to be a waiver, release, or modification by Prodapt of any (i) right to have final orders in non-core matters and those in core matters constituting *Stern* claims entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Prodapt is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.  Unless and until Prodapt expressly states otherwise, Prodapt does not consent to the jurisdiction or authority of the Bankruptcy Court with respect to litigation of any non-core matter or any core matter constituting a *Stern* claim.

| | |
|---|---|
| Dated: March 1, 2019<br>　　　　New York, New York | */s/ Stephen D. Lerner*<br>Stephen D. Lerner<br>**SQUIRE PATTON BOGGS (US) LLP**<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone:  (212) 872-9800<br>Facsimile:  (212) 872-9815<br><br>*Counsel to Prodapt North America, Inc.* |