Eric R. Wilson
Kristin S. Elliott
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897
Email: ewilson@kelleydrye.com
       kelliott@kelleydrye.com

*Attorneys for Fusion Connect, Inc., on behalf of its various subsidiaries*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| WINDSTREAM HOLDINGS, INC., et al., | Case No. 19-22312 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of Fusion Connect, Inc., on behalf of its various subsidiaries ("Fusion"). Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, the undersigned request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address and further request to be added to the Master Service List:

> Kristin S. Elliott
> **KELLEY DRYE & WARREN LLP**
> 101 Park Avenue
> New York, New York 10178
> Tel: 212-808-7800
> Fax: 212-808-7897
> E-mail: KDWBankruptcyDepartment@kelleydrye.com
>         kelliott@kelleydrye.com

4835-6660-4937v.1

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Fusion's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Fusion is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
       March 6, 2019

**KELLEY DRYE & WARREN LLP**

By: */s/ Eric R. Wilson*
    Eric R. Wilson
    Kristin S. Elliott
101 Park Avenues
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897
Email: ewilson@kelleydrye.com
       kelliott@kelleydrye.com

*Attorneys for Fusion Connect, Inc., on behalf of its various subsidiaries*

4835-6660-4937v.1