**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>WINDSTREAM HOLDINGS, INC., *et al.*,<br><br>Debtor(s). | Chapter 11<br><br>Case No. 19-22312<br><br>(Jointly Administered) |

**REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Oracle America, Inc. ("Oracle"), hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

> Shawn M. Christianson, Esq.
> Buchalter, A Professional Corporation
> 55 Second Street, 17th Floor
> San Francisco, California  94105-3493
> Telephone:    (415) 227-0900
> Facsimile:    (415) 227-0770
> schristianson@buchalter.com

Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Oracle's: (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or

recoupments to which Oracle is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

BUCHALTER, A Professional Corporation

Dated: March 7, 2019

By:  /s/ Shawn M. Christianson
Shawn M. Christianson, Esq.
55 Second Street, 17th Floor
San Francisco, CA 94105
Telephone:  (415) 227-0900
Facsimile:   (415) 227-0770

Attorneys for Oracle America, Inc.

**In re: Windstream**
**Case No. 19-22312**

## CERTIFICATE OF SERVICE

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at Buchalter, A Professional Corporation, 55 Second Street, 17th Floor, San Francisco, California 94105.

    On **March 7, 2019**, I served the foregoing document described as:

## REQUEST FOR NOTICE

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope or package as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING:**
I hereby certify that on the **March 7, 2019,** I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system. All parties or their counsel of record registered as ECF Filers and/or signed up to receive Notice of Electronic Filing will be served by the CM/ECF system.

[ ]    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

    Executed on **March 7, 2019**, at San Francisco, California.

Hallina Pohyar                            /s/ Hallina Pohyar