WILLIAM K. HARRINGTON
United States Trustee for Region 2
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:   Paul K. Schwartzberg, Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                            :        Case No. 19-22312 (RDD)
                                                 :
Windstream Holdings, Inc., *et al.*,             :        Jointly Administered
                                                 :
                    Debtors.                     :
---------------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

     William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of the Windstream Holdings, Inc., and its affiliated debtors-in-possession.

1. Pension Benefit Guaranty Corporation
   1200 K Street N.W.
   Washington, D.C. 20005-4026
   Attention:  Thomas Taylor, Supervisory Financial Analyst
   Telephone:  (202) 326-4000

2. Communication Workers of America, AFL-CIO, CLC
   501 Third Street, N.W. Suite 301
   Washington, DC 20036
   Attention:  Patricia M. Shea, General Counsel

3.     AT&T Services, Inc.
   One AT&T Way, Room 3A115
   Bedminster, New Jersey 07921
   Attention: James Walter Grudus, Assistant Vice-President
   Telephone: (908) 234-3318

4.     VeloCloud Networks, Inc.
   3401 Hillview Avenue
   Palo Alto, California 94304
   Attention: Brooks Beard, Vice President & Deputy General Counsel
   Telephone: (650) 427-4268

5.     Crown Castle Fiber
   80 Central Street
   Boxborough, Massachusetts 01719
   Attention: Scot Callahan, Senior Manager of Credit & Collections
   Telephone: (978) 268-9309

6.     LEC Services, Inc.
   138 Van Camp Blvd.
   Los Lunas, New Mexico 87301
   Attention: David S. Crossley, Chief Operating Officer
   Telephone: (505) 301-3404

7.     UMB Bank
   120 South Sixth Street – Suite 1400
   Minneapolis, Minnesota 55402
   Attention: Gavin Wilkinson, Senior Vice President, Corporate Trust
   Telephone: (612) 337-7001

Dated: New York, New York
      March 12, 2019

                                    Sincerely,
                                    WILLIAM K. HARRINGTON
                                  UNITED STATES TRUSTEE

                              By:   */s/ Paul K. Schwartzberg*
                                  Paul K. Schwartzberg, Trial Attorney
                                  Office of the United States Trustee
                                  201 Varick Street, Room 1006
                                  New York, NY 10014
                                  Tel. (212) 510-0500