Stephen E. Hessler, P.C.
Marc Kieselstein, P.C.
Cristine Pirro Schwarzman
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
John R. Luze (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| WINDSTREAM HOLDINGS, INC., *et al.*,[1] | ) | Case No. 19-22312 (RDD) |
| Debtors. | ) | (Jointly Administered) |

## AGENDA FOR SECOND DAY HEARING

| | |
|---|---|
| Time and Date of Hearing: | April 16, 2019, at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Robert D. Drain<br>United States Bankruptcy Court for the Southern District of New York<br>300 Quarropas Street<br>White Plains, New York 10601 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/windstream. Further information may be obtained via email at WindstreamInfo@kccllc.com, or by calling toll free at 877-759-8815, or internationally at 424-236-7262. |

[1] The last four digits of Debtor Windstream Holdings, Inc.'s tax identification number are 7717. Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/windstream. The location of the Debtors' service address for purposes of these chapter 11 cases is: 4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

# I. STATUS CONFERENCE

1. Case status conference.

# II. CONTESTED MATTERS GOING FORWARD

2. ***DIP Motion***. Debtors' Amended Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 42].

Objection Deadline: April 1, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The Texas Taxing Jurisdictions Objection to Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 86]

i Withdrawal of the Texas Taxing Jurisdictions Objection [Docket No. 110]

B. The Texas Taxing Jurisdictions Objection to Debtors' Amended Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 111]

i Withdrawal of the Texas Taxing Jurisdictions Objection [Docket No. 234]

C. Limited Objection of NW 230 Congress Street Property Owner LLC to Debtors' Amended Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 199]

D.      Limited Objection of Element Fleet Corporation to Debtors' Amended Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 205]

E.      Reservation of Rights of the Ad Hoc Group of Midwest Noteholders to Debtors' Amended Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 208]

F.      Limited Objection of POTA JV, LLC to Debtors' Amended Motion for Entry of Interim and Final Orders Pursuant 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling A Final Hearing, and (VII) Granting Related Relief [Docket No. 209]

G.      Limited Objection of Santander Bank, N.A. to Debtors' Amended Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 211]

H.      Objection of SunTrust Equipment Finance & Leasing Corp.'s to Debtors' Amended Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 220]

I.      Limited Objection of Altec Capital Services, LLC to Debtors' Amended Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition

    Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 227]

J. Limited Objection of U.S. Bank National Association Solely in Its Capacity as Unsecured Notes Trustee, to Debtors' Amended Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 242]

K. Limited Objection of Mitsubishi UFJ Lease & Finance (U.S.A.) to Debtors' Amended Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 255]

L. The Debtors have received informal responses from certain parties in interest and the creditors' committee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

Related Documents:

A. Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief [Docket No. 75]

B. Notice of Filing of Superpriority Secured Debtor-in-Possession Credit Agreement [Docket No. 152]

C. Notice of Filing of Budget [Docket No. 253]

D. Statement of the Official Committee of Unsecured Creditors Regarding the Debtors' Amended Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection,

(V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 301]

E. Reply of JPMorgan Chase Bank, N.A., as Administrative Agent, in Support of the Debtors' Amended Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 306]

F. Debtors' Reply in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 312]

G. Notice of Filing of Revised Proposed Final Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief [Docket No. 313]

H. Reservation of Rights and Joinder of Citibank, N.A. Solely in Its Capacity as Dip Agent to Debtors' Reply in Support of the Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 316]

Status: This matter is going forward on a contested basis as to the objection of U.S. Bank National Association only.

3. ***Vendor Motion.*** Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Claims of (I) Critical Vendors, (II) Lien Claimants, and (III) Section 503(b)(9) Claimants in the Ordinary Course of Business on a Postpetition Basis [Docket No. 16].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Objection of GLM DFW, Inc. To Debtors' Motion for Authority to Pay Critical Vendors and Lien Claimants [Docket No. 204]

B. The Debtors have received informal responses from certain parties in interest and the creditors' committee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

Related Documents:

A. Interim Order Authorizing the Debtors to Pay Certain Prepetition Claims of (I) Critical Vendors, (II) Lien Claimants, and (III) Section 503(b)(9) Claimants in the Ordinary Course of Business on a Postpetition Basis [Docket No. 61]

B. Debtors' Reply in Support of Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Claims of (I) Critical Vendors, (II) Lien Claimants, and (III) Section 503(b)(9) Claimants in the Ordinary Course of Business on a Postpetition Basis [Docket No. 291]

C. Notice of Filing of Revised Proposed Final Order Authorizing the Debtors to Pay Certain Prepetition Claims of (I) Critical Vendors, (II) Lien Claimants, and (III) Section 503(b)(9) Claimants in the Ordinary Course of Business on a Postpetition Basis [Docket No. 295]

Status: This matter is going forward on a contested basis.

## III. UNCONTESTED MATTERS GOING FORWARD

4. ***Wages Motion.*** Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (II) Continue Employee Benefits Programs [Docket No. 18].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The Debtors have received informal responses from certain parties in interest and the creditors' committee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

Related Documents:

A. Interim Order Authorizing the Debtors to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable

      Employee Expenses and (II) Continue Employee Benefits Programs [Docket No. 60]

B. Notice of Filing of Supplement to Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (II) Continue Employee Benefits Programs [Docket No. 189]

C. Notice of Filing of Revised Proposed Final Order Authorizing the Debtors to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (II) Continue Employee Benefits Programs [Docket No. 310]

Status: This matter is going forward on an uncontested basis

5. ***Customer Programs Motion.*** Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto [Docket No. 3].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The Debtors have received informal responses from certain parties in interest and the creditors' committee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

Related Documents:

A. Interim Order Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto [Docket No. 62]

B. Notice of Filing of Revised Proposed Final Order Authorizing the Debtors to Maintain and Administer Customer Programs and Honor Certain Prepetition Obligations Related Thereto [Docket No. 294]

Status: This matter is going forward on an uncontested basis.

6. ***Cash Management Motion***. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Continue (I) to Operate Their Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms and (II) Their Intercompany Transactions [Docket No. 13].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Limited Objection of U.S. Bank National Association, Solely in Its Capacity as Unsecured Notes Indenture Trustee, to Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Continue (I) to Operate Their Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms and (II) Their Intercompany Transactions [Docket No. 272]

B. The Debtors have received informal responses from certain parties in interest and the creditors' committee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

Related Documents:

A. Interim Order Authorizing the Debtors to Continue (I) to Operate Their Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms and (II) Their Intercompany Transactions [Docket No. 58]

B. Notice of Filing of Revised Proposed Final Order Authorizing the Debtors to Continue (I) to Operate Their Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms and (II) Their Intercompany Transactions [Docket No. 296]

Status: This matter is going forward on an uncontested basis.

7. ***Insurance Motion.*** Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay Their Obligations Under Prepetition Insurance Policies, (II) Continue to Pay Certain Brokerage Fees, (III) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (IV) Enter Into New Financing Agreements in the Ordinary Course of Business [Docket No. 9].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The Debtors have received informal responses from certain parties in interest and the creditors' committee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

Related Documents:

A. Interim Order Authorizing the Debtors to (I) Pay Their Obligations Under Prepetition Insurance Policies, (II) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (III) Enter into New Financing Agreements in the Ordinary Course of Business [Docket No. 64]

    B. Notice of Filing of Revised Proposed Final Order Authorizing the Debtors to (I) Pay their Obligations Under Prepetition Insurance Policies, (II) Continue to Pay Certain Brokerage Fees, (III) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (IV) Enter into New Financing Agreements in the Ordinary Course of Business [Docket No. 305]

Status: This matter is going forward on an uncontested basis.

8. ***Surety Bonds Motion.*** Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Continue and Renew their Surety Bond Program [Docket No. 6].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The Debtors have received informal responses from certain parties in interest and the creditors' committee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

Related Documents:

A. Interim Order Authorizing the Debtors to Continue and Renew their Surety Bond Program [Docket No. 65]

B. Notice of Filing of Revised Proposed Final Order Authorizing the Debtors to Continue and Renew their Surety Bond Program [Docket No. 307]

Status: This matter is going forward on an uncontested basis.

9. ***Utilities Motion.*** Debtors' Motion for Entry of an Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 7].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Objection of Certain Utility Companies to Debtors Motion for Entry of an Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 228]

        i Notice of Withdrawal of Objection [Docket No. 292]

B. Objection of Entergy Companies to Debtors' Motion for Entry of an Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 241]

i Notice of Withdrawal of Objection [Docket No. 293]

C. Joinder of Public Service Electric and Gas Company to the Objection of Certain Utility Companies to Debtors Motion for Entry of an Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 244]

i Notice of Withdrawal of Objection [Docket No. 292]

D. Objection of Georgia Power Company to Debtors' Motion for Entry of an Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 258]

E. Objection of U.S. TelePacific Corp. to Debtors' Motion for Entry of an Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 270]

Related Documents:

A. Notice of Presentment of Order, Pending a Hearing, (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for the Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance [Docket No. 131]

B. Certification of No Objection Under 28 U.S.C. § 1746 Regarding Notice of Presentment of Order, Pending a Hearing, (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for the Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance [Docket No. 174]

C. Order, Pending a Hearing, (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for the Future

        Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance [Docket No. 196]

        Status: This matter is going forward on an uncontested basis.

10.    ***Taxes Motion***. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Payment of Certain Prepetition Taxes and Fees [Docket No. 11].

        Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

        Responses Received:

        A.    The Debtors have received informal responses from certain parties in interest and the creditors' committee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

        Related Documents:

        A.    Interim Order Authorizing the Payment of Certain Prepetition Taxes and Fees [Docket No. 63]

        B.    Notice of Filing of Revised Proposed Final Order Authorizing the Payment of Certain Prepetition Taxes and Fees [Docket No., 309]

        Status: This matter is going forward on an uncontested basis.

11.    ***NOL Motion***. Debtors' Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock [Docket No. 5].

        Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

        Responses Received:

        A.    The Debtors have received informal responses from certain parties in interest and the creditors' committee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

        Related Documents:

        A.    Interim Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness With Respect to Common Stock [Docket No. 55]

        B.    Notice of Filing of Revised Proposed Final Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock [Docket No.308]

        Status: This matter is going forward on an uncontested basis.

12. ***Case Management Motion***. Debtors' Motion for Entry of Interim and Final Orders Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 23].

        Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

        Responses Received: None.

        Related Documents:

        A.    Interim Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 57]

        B.    Notice of Filing of Revised Proposed Final Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 304]

        Status: This matter is going forward on an uncontested basis.

13. ***Second Schedules/SOFA Extension Motion***. Debtors' Motion Granting a Second Extension of Time to File Schedules and Statements of Financial Affairs [Docket No. 181].

        Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

        Responses Received: None.

        Related Documents:

        A.    Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (II) Waiving Requirements to File Lists of Equity Holders [Docket No. 2]

        B.    Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (II) Waiving Requirements to File Lists of Equity Holders [Docket No. 54]

        Status: This matter is going forward on an uncontested basis.

14. ***MDL Lift Stay Motion***. Debtors' Motion for Order Modifying the Automatic Stay to Permit the Debtors to Prosecute Certain Pending Multi-District Litigation [Docket No. 185].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The Debtors have received informal responses from certain parties in interest and the creditors' committee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

Related Documents:

A. Notice of Filing of Revised Proposed Order Modifying the Automatic Stay to Permit the Debtors to Prosecute Certain Pending Multi-District Litigation [Docket No. 298]

Status: This matter is going forward on an uncontested basis.

15. ***First Omnibus Lease Rejection Motion***. Debtors' First Omnibus Motion to Reject Certain Unexpired Leases Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 188].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Limited Objection to Debtors' First Omnibus Motion to Reject Certain Unexpired Leases Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 257]

B. Limited Objection of Columbia Office Properties, LLC to Debtors' First Omnibus Motion to Reject Certain Unexpired Leases Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 264]

C. Objection to Debtors' First Omnibus Motion to Reject Certain Unexpired Leases Effective *Nunc Pro Tunc* to the Petition Date and Reservation of Rights [Docket No. 273]

Related Documents: None.

Status: While such resolutions are not yet final, the Debtors anticipate finalizing resolutions to all outstanding objections prior to the hearing. Accordingly, the Debtors anticipate that this matter will go forward on an uncontested basis.

16. ***Assumption and Rejection Procedures Motion***. Debtors' Motion for Procedures to Reject or Assume Executory Contracts and Unexpired Leases [Docket No. 186].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Limited Objection of NW 230 Congress Street Property Owner LLC to Debtors' Motion for Procedures to Reject or Assume Executory Contracts and Unexpired Leases [Docket No. 261]

B. The Debtors have received informal responses from certain parties in interest and the creditors' committee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

Related Documents:

A. Notice of Filing of Revised Proposed Order Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases [Docket No. 314]

Status: This matter is going forward on an uncontested basis.

17. ***De Minimis Asset Sales Motion***. Debtors' Motion to Approve Procedures for De Minimis Asset Transactions [Docket No. 184].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Limited Objection of Element Fleet Corporation to Debtors' Motion to Approve Procedures for De Minimis Asset Transactions [Docket No. 260]

B. Limited Objection to Debtors' Motion to Approve Procedures for De Minimis Asset Transactions [Docket No. 266]

C. The Debtors have received informal responses from certain parties in interest and the creditors' committee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

Related Documents:

A. Notice of Filing of Revised Proposed Order Approving Procedures for De Minimis Asset Transactions [Docket No. 315]

Status: This matter is going forward on an uncontested basis.

18. ***De Minimis Claims Procedures Motion***. Debtors' Motion for Procedures for the Compromise and Settlement of De Minimis Claims [Docket No. 183].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The Debtors have received informal responses from certain parties in interest and the creditors' committee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

Related Documents:

A. Notice of Filing of Revised Proposed Order Approving Procedures for the Compromise and Settlement of De Minimis Claims [Docket No. 299]

Status: This matter is going forward on an uncontested basis.

19. ***Interim Compensation Procedures Motion***. Debtors' Motion Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 182].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

20. ***Kirkland & Ellis LLP Retention Application.*** Debtors' Application Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 195].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

21. ***Katten Retention Application***. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Conflicts Counsel for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 194].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

22. ***PJT Retention Application***. Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Bankers *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief [Docket No. 193].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The Debtors have received informal responses from the Office of the United States Trustee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

Related Documents:

A. Statement of the Official Committee of Unsecured Creditors Regarding the Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Bankers, Nunc Pro Tunc to the Petition Date and (II) Granting Related Relief [Docket No. 302]

B. Notice of Filing of Revised Proposed Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Bankers *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief [Docket No. 311]

Status: This matter is going forward on an uncontested basis.

23. ***A&M Retention Application***. Debtors' Application Authorizing the Debtors to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 192].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The Debtors have received informal responses from the Office of the United States Trustee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

Related Documents:

A. Notice of Filing of Revised Proposed Order Authorizing the Debtors to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor Effective *Nunc Pro Tunc* to the Petition Date

[Docket No. 300]

Status: This matter is going forward on an uncontested basis.

24. ***PwC Retention Application***. Debtors' Application Authorizing and Approving the Employment and Retention of PricewaterhouseCoopers LLP as Independent Auditor and Accounting Services Provider Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 191].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

25. ***KCC 327(a) Retention Application***. Debtors' Application Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 190].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

26. ***OCP Motion***. Debtors' Motion for the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business [Docket No. 187].

Objection Deadline: April 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The Debtors have received informal responses from certain parties in interest and the creditors' committee, which responses have been addressed by modifications to the proposed form of order filed contemporaneously herewith.

Related Documents:

A. Notice of Filing of Revised Proposed Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business [Docket No. 297]

Status: This matter is going forward on an uncontested basis.

Dated: April 12, 2019
New York, New York

*/s/ Stephen E. Hessler*

Stephen E. Hessler, P.C.
Marc Kieselstein, P.C.
Cristine Pirro Schwarzman
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
John R. Luze (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Proposed Counsel to the Debtors and Debtors in Possession*