Steven J. Reisman
Terence P. Ross
Tami Kameda Sims (*pro hac vice* application pending)
Shaya Rochester
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8776

*Proposed Conflicts Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WINDSTREAM HOLDINGS, INC., et al.,[1] | ) ) | Case No. 19-22312 (RDD) |
| Debtors. | ) ) ) | (Jointly Administered) |
| WINDSTREAM HOLDINGS, INC. et al., | ) ) ) | |
| Plaintiffs, | ) ) | Adv. Pro. No. 19-08246 |
| vs. | ) ) ) | |
| CHARTER COMMUNICATIONS, INC. and CHARTER COMMUNICATIONS OPERATING, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

**REVISED AGENDA FOR APRIL 15, 2019 HEARING**

Time and Date of Hearing:    April 15, 2019 at 10:00 a.m. (prevailing Eastern Time)

---

[1] The last four digits of Debtor Windstream Holdings, Inc.'s tax identification number are 7717. Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/windstream. The location of the Debtors' service address for purposes of these chapter 11 cases is: 4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

| | |
|---|---|
| Location of Hearing: | The Honorable Judge Robert D. Drain |
| | United States Bankruptcy Court for the Southern District of New York |
| | 300 Quarropas Street, Room 248 |
| | White Plains, New York 10601 |
| | |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/windstream. Further information may be obtained via email at WindstreamInfo@kccllc.com, or by calling 877-759-8815 (US and Canada) or 424-236-7262 (International). |

### I. Matters Requested to be Heard at Hearing.[2]

1. ***Motion to File Under Seal (TRO Motion, Complaint and Declaration in Support).*** Debtors' Motion Seeking Entry of Order Authorizing Debtors to File Under Seal Certain Portions of the (I) Motion for a Temporary Restraining Order, Preliminary Injunction, and Other Equitable Relief Against Charter Communications, Inc. and Charter Communications Operating, LLC (II) Affidavit of Lewis Langston in Support Thereof, and (III) Accompanying Adversary Complaint. [Adv. Docket No. 4]

    Objection Deadline: April 12, 2019 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received:

    A.  None

    Related Documents:

    A.  Debtors' Motion for a Temporary Restraining Order, Preliminary Injunction and Other Equitable Relief Against Charter Communications, Inc. and Charter Communications Operating, LLC [Adv. Docket No. 2]

    B.  Notice of Hearing on Debtors' Motion Seeking Entry of Order Authorizing Debtors to File Under Seal Certain Portions of the (I) Motion for a Temporary Restraining Order, Preliminary Injunction, and Other Equitable Relief Against Charter Communications, Inc. and Charter Communications Operating, LLC (II) Affidavit of Lewis Langston in Support Thereof, and (III) Accompanying Adversary Complaint. [Adv. Docket No. 7]

    Status:  The hearing on this matter is going forward.

2. ***Motion to File Under Seal (Supplemental Declaration).*** Debtors' Motion Seeking Entry of Order Authorizing Debtors to File Under Seal Certain Portions of the Supplemental Declaration of Lewis Langston in Support of Debtors' Motion for a

---

[2] The only matters scheduled to be heard are those in Adversary Proceeding No. 19-08246.

    Temporary Restraining Order, Preliminary Injunction, and Other Equitable Relief Against Charter Communications, Inc. and Charter Communications Operating, LLC [Adv. Docket No. 14]

    <u>Objection Deadline</u>: April 15, 2019 at 10:00 a.m. (prevailing Eastern Time)

    <u>Responses Received</u>:

    A.    None

    <u>Related Documents</u>:

    A.  Supplemental Declaration of Lewis Langston In Support of Debtors' Motion for a Temporary Restraining Order, Preliminary Injunction and Other Equitable Relief Against Charter Communications, Inc. and Charter Communications Operating, LLC [Adv. Docket No. 8]

    B.  Notice of Hearing on Debtors' Motion Seeking Entry of Order Authorizing Debtors to File Under Seal Certain Portions of the Supplemental Declaration of Lewis Langston in Support of Debtors' Motion for a Temporary Restraining Order, Preliminary Injunction, and Other Equitable Relief Against Charter Communications, Inc. and Charter Communications Operating, LLC [Adv. Docket No. 15]

    <u>Status</u>:  The hearing on this matter is going forward.

3.    ***Motion for Temporary Restraining Order.*** Debtors' Motion for a Temporary Restraining Order, Preliminary Injunction and Other Equitable Relief Against Charter Communications, Inc. and Charter Communications Operating, LLC [Adv. Docket No. 2]

    <u>Objection Deadline</u>: April 11, 2019 at 4:00 p.m. (prevailing Eastern Time)

    <u>Responses Received</u>:

    A.    Charter Communications, Inc. and Charter Communications Operating, LLC's Opposition to Debtors' Motion for Temporary Restraining Order [Adv. Docket No. 12]

    <u>Related Documents</u>:

    A.    Adversary Proceeding Complaint [Adv. Docket No. 1]

    B.    Affidavit of Lewis Langston In Support of Debtors' Motion for a Temporary Restraining Order, Preliminary Injunction and Other Equitable Relief Against Charter Communications, Inc. and Charter Communications Operating, LLC [Adv. Docket No. 3]

    C.    Summons and Notice of Pretrial Conference [Adv. Docket No. 5]

D. Notice of Hearing on Debtors' Motion for a Temporary Restraining Order, Preliminary Injunction and Other Equitable Relief Against Charter Communications, Inc. and Charter Communications Operating, LLC [Adv. Docket No. 6]

E. Supplemental Declaration of Lewis Langston In Support of Debtors' Motion for a Temporary Restraining Order, Preliminary Injunction and Other Equitable Relief Against Charter Communications, Inc. and Charter Communications Operating, LLC [Adv. Docket No. 8]

F. Debtors' Reply in Support of their Motion for Temporary Restraining Order, Preliminary Injunction and Other Equitable Relief [Adv. Docket No. 17]

G. Joinder of the Official Committee of Unsecured Creditors to Debtors' Motion for Temporary Restraining Order, Preliminary Injunction and Other Equitable Relief [Adv. Docket No. 18]

H. Notice of Filing of Revised Proposed Temporary Restraining Order Against Charter Communications, Inc. and Charter Communications Operating, LLC and Revised Proposed Show Cause Order Setting a Hearing with Respect to Debtors' Motion for Preliminary Injunction and Other Equitable Relief Against Charter Communications, Inc. and Charter Communications Operating, LLC [Adv. Docket No. 20]

<u>Status</u>: The hearing on this matter is going forward.

Dated: April 14, 2019  
New York, NY

/s/ Steven J. Reisman  
Steven J. Reisman  
Terence P. Ross  
Tami Kameda Sims (*pro hac vice* application)  
Shaya Rochester  
**KATTEN MUCHIN ROSENMAN LLP**  
575 Madison Avenue  
New York, NY 10022  
Telephone: (212) 940-8800  
Facsimile: (212) 940-887  
Email: sreisman@katten.com  
       terence.ross@kattenlaw.com  
       tami.sims@kattenlaw.com  
       srochester@katten.com

*Proposed Conflicts Counsel to the Debtors and Debtors in Possession*