**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re  WINDSTREAM HOLDINGS, INC. et al.,    Case No. 19-22312 (RDD)
        Debtors

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

## CORPORATE MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | FORM NO. | DOCUMENT ATTACHED | EXPLANATION ATTACHED |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | No |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | Yes | No |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | Yes | No |
| Balance Sheet | MOR-3 | Yes | No |
| Status of Post-petition Taxes | MOR-4 | Yes | No |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-Petition Debts | MOR-4 | Yes | No |
| Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | No |
| Payments to Insiders and Professionals | MOR-6 | Yes | No |
| Post Petition Status of Secured Notes | MOR-6 | Yes | No |
| Debtor Questionnaire | MOR-7 | Yes | No |

This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with monthly reporting requirements applicable in the Debtors' chapter 11 cases and is in a format acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not necessarily prepared in accordance with U.S. GAAP.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual

John Eichler
Printed Name of Authorized Individual

Date  5/31/19

SVP - Controller
Title

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re WINDSTREAM HOLDINGS, INC. et al.,
Debtors

Case No. 19-22312 (RDD)

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

## LISTING OF DEBTOR ENTITIES

**GENERAL:**
The report includes activity from the following Debtors and related case numbers:

| Debtor | Case Number | Debtor | Case Number |
|---|---|---|---|
| A.R.C. Networks, Inc. | 19-22338 | Southwest Enhanced Network Services, LLC | 19-22409 |
| Allworx Corp. | 19-22345 | Talk America of Virginia, LLC | 19-22412 |
| American Telephone Company LLC | 19-22349 | Talk America, LLC | 19-22416 |
| ARC Networks, Inc. | 19-22362 | Teleview, LLC | 19-22420 |
| ATX Communications, Inc. | 19-22368 | Texas Windstream, LLC | 19-22316 |
| ATX Licensing, Inc. | 19-22371 | The Other Phone Company, LLC | 19-22323 |
| ATX Telecommunications Services of Virginia, LLC | 19-22377 | TriNet, LLC | 19-22327 |
| Birmingham Data Link, LLC | 19-22382 | TruCom Corporation | 19-22334 |
| BOB, LLC | 19-22387 | US LEC Communications LLC | 19-22340 |
| Boston Retail Partners, LLC | 19-22392 | US LEC of Alabama LLC | 19-22343 |
| BridgeCom Holdings, Inc. | 19-22403 | US LEC of Florida LLC | 19-22348 |
| BridgeCom International, Inc. | 19-22408 | US LEC of Georgia LLC | 19-22351 |
| BridgeCom Solutions Group, Inc. | 19-22428 | US LEC of Maryland LLC | 19-22379 |
| Broadview Networks of Massachusetts, Inc. | 19-22440 | US LEC of North Carolina LLC | 19-22383 |
| Broadview Networks of Virginia, Inc. | 19-22454 | US LEC of Pennsylvania LLC | 19-22395 |
| Broadview Networks, Inc. | 19-22456 | US LEC of South Carolina LLC | 19-22404 |
| Broadview NP Acquisition Corp. | 19-22461 | US LEC of Tennessee LLC | 19-22410 |
| Buffalo Valley Management Services, Inc. | 19-22463 | US LEC of Virginia LLC | 19-22415 |
| Business Telecom of Virginia, Inc. | 19-22466 | US Xchange, Inc. | 19-22455 |
| Business Telecom, LLC | 19-22469 | US Xchange of Illinois, L.L.C. | 19-22425 |
| BV-BC Acquisition Corporation | 19-22471 | US Xchange of Indiana, L.L.C. | 19-22436 |
| Cavalier IP TV, LLC | 19-22474 | US Xchange of Michigan, L.L.C. | 19-22443 |
| Cavalier Services, LLC | 19-22313 | US Xchange of Wisconsin, L.L.C. | 19-22450 |
| Cavalier Telephone Mid-Atlantic, L.L.C. | 19-22315 | Valor Telecommunications of Texas, LLC | 19-22460 |
| Cavalier Telephone, L.L.C. | 19-22317 | WaveTel NC License Corporation | 19-22465 |
| CCL Historical, Inc. | 19-22319 | WIN Sales & Leasing, Inc. | 19-22470 |
| Choice One Communications of Connecticut, Inc. | 19-22322 | Windstream Accucomm Networks, LLC | 19-22472 |
| Choice One Communications of Maine, Inc. | 19-22324 | Windstream Accucomm Telecommunications, LLC | 19-22475 |
| Choice One Communications of Massachusetts, Inc. | 19-22326 | Windstream Alabama, LLC | 19-22478 |
| Choice One Communications of New York, Inc. | 19-22329 | Windstream Arkansas, LLC | 19-22483 |
| Choice One Communications of Ohio, Inc. | 19-22331 | Windstream Buffalo Valley, Inc. | 19-22487 |
| Choice One Communications of Pennsylvania, Inc. | 19-22332 | Windstream Business Holdings, LLC | 19-22310 |
| Choice One Communications of Rhode Island, Inc. | 19-22335 | Windstream BV Holdings, LLC | 19-22494 |
| Choice One Communications of Vermont, Inc. | 19-22339 | Windstream Cavalier, LLC | 19-22500 |
| Choice One Communications Resale, L.L.C. | 19-22341 | Windstream Communications Kerrville, LLC | 19-22424 |
| Choice One of New Hampshire, Inc. | 19-22344 | Windstream Communications Telecom, LLC | 19-22429 |
| Cinergy Communications Company of Virginia, LLC | 19-22353 | Windstream Communications, LLC | 19-22433 |
| Conestoga Enterprises, Inc. | 19-22356 | Windstream Concord Telephone, LLC | 19-22439 |
| Conestoga Management Services, Inc. | 19-22358 | Windstream Conestoga, Inc. | 19-22446 |
| Conestoga Wireless Company | 19-22360 | Windstream CTC Internet Services, Inc. | 19-22448 |
| Connecticut Broadband, LLC | 19-22363 | Windstream D&E Systems, LLC | 19-22452 |
| Connecticut Telephone & Communication Systems, Inc. | 19-22365 | Windstream D&E, Inc. | 19-22457 |
| Conversent Communications Long Distance, LLC | 19-22366 | Windstream Direct, LLC | 19-22459 |
| Conversent Communications of Connecticut, LLC | 19-22369 | Windstream Eagle Holdings, LLC | 19-22464 |
| Conversent Communications of Maine, LLC | 19-22372 | Windstream Eagle Services, LLC | 19-22467 |
| Conversent Communications of Massachusetts, Inc. | 19-22375 | Windstream EN-TEL, LLC | 19-22390 |
| Conversent Communications of New Hampshire, LLC | 19-22378 | Windstream Finance Corp. | 19-22397 |
| Conversent Communications of New Jersey, LLC | 19-22380 | Windstream Florida, LLC | 19-22413 |
| Conversent Communications of New York, LLC | 19-22384 | Windstream Georgia Communications, LLC | 19-22418 |
| Conversent Communications of Pennsylvania, LLC | 19-22386 | Windstream Georgia Telephone, LLC | 19-22422 |
| Conversent Communications of Rhode Island, LLC | 19-22388 | Windstream Georgia, LLC | 19-22426 |
| Conversent Communications of Vermont, LLC | 19-22391 | Windstream Holding of the Midwest, Inc. | 19-22431 |
| Conversent Communications Resale, L.L.C. | 19-22394 | Windstream Holdings, Inc. | 19-22312 |
| CoreComm Communications, LLC | 19-22399 | Windstream Iowa Communications, LLC | 19-22434 |
| CoreComm-ATX, Inc. | 19-22401 | Windstream Iowa-Comm, LLC | 19-22441 |
| CTC Communications Corporation | 19-22405 | Windstream IT-Comm, LLC | 19-22444 |
| CTC Communications of Virginia, Inc. | 19-22407 | Windstream KDL, LLC | 19-22449 |
| D&E Communications, LLC | 19-22411 | Windstream KDL-VA, LLC | 19-22453 |
| D&E Management Services, Inc. | 19-22414 | Windstream Kentucky East, LLC | 19-22458 |
| D&E Networks, Inc. | 19-22417 | Windstream Kentucky West, LLC | 19-22462 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re  WINDSTREAM HOLDINGS, INC. et al.,          Case No. 19-22312 (RDD)
        Debtors

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

## LISTING OF DEBTOR ENTITIES

**GENERAL:**
The report includes activity from the following Debtors and related case numbers:

| Debtor | Case Number | Debtor | Case Number |
|---|---|---|---|
| D&E Wireless, Inc. | 19-22419 | Windstream Kerrville Long Distance, LLC | 19-22468 |
| Deltacom, LLC | 19-22423 | Windstream Lakedale Link, Inc. | 19-22473 |
| Earthlink Business, LLC | 19-22427 | Windstream Lakedale, Inc. | 19-22477 |
| Earthlink Carrier, LLC | 19-22430 | Windstream Leasing, LLC | 19-22482 |
| Equity Leasing, Inc. | 19-22432 | Windstream Lexcom Communications, LLC | 19-22486 |
| Eureka Broadband Corporation | 19-22435 | Windstream Lexcom Entertainment, LLC | 19-22491 |
| Eureka Holdings, LLC | 19-22437 | Windstream Lexcom Long Distance, LLC | 19-22498 |
| Eureka Networks, LLC | 19-22438 | Windstream Lexcom Wireless, LLC | 19-22502 |
| Eureka Telecom of VA, Inc. | 19-22442 | Windstream Mississippi, LLC | 19-22504 |
| Eureka Telecom, Inc. | 19-22445 | Windstream Missouri, LLC | 19-22506 |
| Georgia Windstream, LLC | 19-22447 | Windstream Montezuma, LLC | 19-22508 |
| Heart of the Lakes Cable Systems, Inc. | 19-22451 | Windstream Nebraska, Inc. | 19-22510 |
| Infocore, Inc. | 19-22314 | Windstream Network Services of the Midwest, Inc. | 19-22511 |
| InfoHighway Communications Corporation | 19-22318 | Windstream New York, Inc. | 19-22512 |
| Info-Highway International, Inc. | 19-22321 | Windstream Norlight, LLC | 19-22513 |
| InfoHighway of Virginia, Inc. | 19-22325 | Windstream North Carolina, LLC | 19-22514 |
| Intellifiber Networks, LLC | 19-22328 | Windstream NorthStar, LLC | 19-22515 |
| Iowa Telecom Data Services, L.C. | 19-22330 | Windstream NTI, LLC | 19-22516 |
| Iowa Telecom Technologies, LLC | 19-22333 | Windstream NuVox Arkansas, LLC | 19-22517 |
| IWA Services, LLC | 19-22336 | Windstream NuVox Illinois, LLC | 19-22518 |
| KDL Holdings, LLC | 19-22337 | Windstream NuVox Indiana, LLC | 19-22519 |
| LDMI Telecommunications, LLC | 19-22342 | Windstream NuVox Kansas, LLC | 19-22476 |
| Lightship Telecom, LLC | 19-22346 | Windstream NuVox Missouri, LLC | 19-22480 |
| MassComm, LLC | 19-22347 | Windstream NuVox Ohio, LLC | 19-22484 |
| McLeodUSA Information Services LLC | 19-22350 | Windstream NuVox Oklahoma, LLC | 19-22489 |
| McLeodUSA Purchasing, L.L.C. | 19-22352 | Windstream NuVox, LLC | 19-22492 |
| McLeodUSA Telecommunications Services, L.L.C. | 19-22355 | Windstream of the Midwest, Inc. | 19-22496 |
| MPX, Inc. | 19-22357 | Windstream Ohio, LLC | 19-22501 |
| Nashville Data Link, LLC | 19-22361 | Windstream Oklahoma, LLC | 19-22503 |
| Network Telephone, LLC | 19-22364 | Windstream Pennsylvania, LLC | 19-22505 |
| Norlight Telecommunications of Virginia, LLC | 19-22367 | Windstream Services, LLC | 19-22400 |
| Oklahoma Windstream, LLC | 19-22370 | Windstream SHAL Networks, Inc. | 19-22507 |
| Open Support Systems, LLC | 19-22373 | Windstream SHAL, LLC | 19-22509 |
| PaeTec Communications of Virginia, LLC | 19-22376 | Windstream Shared Services, LLC | 19-22479 |
| PaeTec Communications, LLC | 19-22311 | Windstream South Carolina, LLC | 19-22481 |
| PAETEC Holding, LLC | 19-22381 | Windstream Southwest Long Distance, LLC | 19-22485 |
| PAETEC iTEL, L.L.C. | 19-22385 | Windstream Standard, LLC | 19-22488 |
| PAETEC Realty LLC | 19-22389 | Windstream Sugar Land, LLC | 19-22490 |
| PAETEC, LLC | 19-22393 | Windstream Supply, LLC | 19-22493 |
| PCS Licenses, Inc. | 19-22396 | Windstream Systems of the Midwest, Inc. | 19-22495 |
| Progress Place Realty Holding Company, LLC | 19-22398 | Windstream Western Reserve, LLC | 19-22497 |
| RevChain Solutions, LLC | 19-22402 | Xeta Technologies, Inc. | 19-22499 |
| SM Holdings, LLC | 19-22406 | | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re   WINDSTREAM HOLDINGS, INC. et al.,                                                     Case No. 19-22312 (RDD)
        Debtors
                                                                                              Reporting Period: 4/1/19 - 4/30/19

                                                                                              Federal Tax I.D. # 46-2847717

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORT

On February 25, 2019 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors' Chapter 11 Cases are jointly administered for procedural purposes only under Windstream Holdings, Inc, No. 19-22312 (RDD) (S.D.N.Y.) pursuant to an order entered by the Bankruptcy Court on February 28, 2019 Docket No. 56. On March 12, 2019, the United States Trustee for Region 2 (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a) of the Bankruptcy Code Docket No. 136. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**[1] General Methodology:** The Debtors are filing their consolidated monthly operating report (the "MOR") solely for purposes of complying with the monthly operating requirements applicable in the Debtors' Chapter 11 Cases. The financial information contained herein is unaudited, limited in scope, and as discussed below, not necessarily prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP"). The MOR should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the consolidated results of operations, financial position, and schedule of receipts and disbursements in the future. There can be no assurance that such information is complete, and the MOR may be subject to revision. The following notes, statements, and limitations should be referred to, and referenced in connection with, any review of the MOR.

**[2] Basis of Presentation.** For financial reporting purposes, the Debtors prepare monthly consolidated financial statements, which include information for Windstream Holdings, and all of its subsidiaries. The Debtors are maintaining their books and records in accordance with GAAP and the information furnished in this MOR uses the Debtors' normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. Nevertheless, in preparing this MOR, the Debtors made reasonable efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this MOR.

**[3] Reporting Period.** Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

**[4] Accuracy.** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

**[5] Liabilities Subject to Compromise:** Due to the filing of the Chapter 11 Cases on February 25, 2019, the payment of pre-petition indebtedness is generally subject to compromise pursuant to a plan of reorganization. Generally, actions to enforce or otherwise effect payment of pre-bankruptcy filing liabilities are stayed. Although payment of pre-petition claims generally is not permitted, the Bankruptcy Court granted the Debtors authority to pay certain pre-petition claims in designated categories and subject to certain terms and conditions. This relief generally was designed to preserve the value of the Debtors' businesses and assets. Among other things, the Bankruptcy Court authorized the Debtors to pay certain pre-petition claims relating to employee wages and benefits, taxes and critical vendors. The Debtors have been paying and intend to pay undisputed post-petition liabilities in the ordinary course of business. In addition, the Debtors may reject certain pre-petition executory contracts and unexpired leases with respect to their operations with the approval of the Bankruptcy Court.

Pre-petition liabilities that are subject to compromise are required to be reported at the amounts expected to be allowed, even if they may be settled for lesser amounts. The amounts currently classified as Liabilities Subject to Compromise may be subject to future adjustments depending on Bankruptcy Court actions, further developments with respect to disputed claims, determinations of secured status of certain claims, the values of any collateral securing such claims, or other events. We cannot reasonably estimate the value of the claims that will ultimately be allowed by the Bankruptcy Court until our evaluation, investigation and reconciliation of the filed claims has been completed. Any resulting changes in classification will be reflected in subsequent financial statements.

**[6] Reservation of Rights.** The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate, but shall be under no obligation to do so. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 Cases.

**[7] ASC 852.** This accounting standard requires expenses and income directly associated with the Chapter 11 Cases to be reported separately in the statement of operations as reorganization items, net. Reorganization items, net primarily include write-off of certain original issue discount and fees relating to debt obligations classified as Liabilities Subject to Compromise, expenses related to legal advisory and representation services, other professional consulting and advisory services, and changes in liabilities subject to compromise recognized as there are changes in amounts expected to be allowed as claims. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to the Chapter 11 Cases, including, but not limited to, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of Chapter 3 of Title 11 of the Bankruptcy Code and/or causes of action under the provisions of Chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re   WINDSTREAM HOLDINGS, INC. et al.,   Case No. 19-22312 (RDD)
Debtors

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS[1, 2]

| Case No. | Case Name | Cash Receipts | Cash Disbursements |
|---|---|---|---|
| 19-22338 | A.R.C. Networks, Inc. | $ - | $ - |
| 19-22345 | Allworx Corp. | - | - |
| 19-22349 | American Telephone Company LLC | 56,041 | 9,219 |
| 19-22362 | ARC Networks, Inc. | - | - |
| 19-22368 | ATX Communications, Inc. | - | - |
| 19-22371 | ATX Licensing, Inc. | - | - |
| 19-22377 | ATX Telecommunications Services of Virginia, LLC | - | - |
| 19-22382 | Birmingham Data Link, LLC | - | - |
| 19-22387 | BOB, LLC | 38,972 | 41,497 |
| 19-22392 | Boston Retail Partners, LLC | - | - |
| 19-22403 | BridgeCom Holdings, Inc. | - | - |
| 19-22408 | BridgeCom International, Inc. | - | - |
| 19-22428 | BridgeCom Solutions Group, Inc. | - | - |
| 19-22440 | Broadview Networks of Massachusetts, Inc. | - | - |
| 19-22454 | Broadview Networks of Virginia, Inc. | - | - |
| 19-22456 | Broadview Networks, Inc. | 47,146,260 | 48,517,557 |
| 19-22461 | Broadview NP Acquisition Corp. | - | - |
| 19-22463 | Buffalo Valley Management Services, Inc. | 308,003 | 307,441 |
| 19-22466 | Business Telecom of Virginia, Inc. | - | - |
| 19-22469 | Business Telecom, LLC | - | - |
| 19-22471 | BV-BC Acquisition Corporation | - | - |
| 19-22474 | Cavalier IP TV, LLC | - | - |
| 19-22313 | Cavalier Services, LLC | - | - |
| 19-22315 | Cavalier Telephone Mid-Atlantic, L.L.C. | - | - |
| 19-22317 | Cavalier Telephone, L.L.C. | 610,781 | 484,105 |
| 19-22319 | CCL Historical, Inc. | - | - |
| 19-22322 | Choice One Communications of Connecticut, Inc. | - | - |
| 19-22324 | Choice One Communications of Maine, Inc. | - | - |
| 19-22326 | Choice One Communications of Massachusetts, Inc. | - | - |
| 19-22329 | Choice One Communications of New York, Inc. | 12,551,681 | 12,861,520 |
| 19-22331 | Choice One Communications of Ohio, Inc. | - | - |
| 19-22332 | Choice One Communications of Pennsylvania, Inc. | - | - |
| 19-22335 | Choice One Communications of Rhode Island, Inc. | - | - |
| 19-22339 | Choice One Communications of Vermont, Inc. | - | - |
| 19-22341 | Choice One Communications Resale, L.L.C. | - | - |
| 19-22344 | Choice One of New Hampshire, Inc. | - | - |
| 19-22353 | Cinergy Communications Company of Virginia, LLC | - | - |
| 19-22356 | Conestoga Enterprises, Inc. | - | - |
| 19-22358 | Conestoga Management Services, Inc. | 1,169,570 | 1,167,626 |
| 19-22360 | Conestoga Wireless Company | - | - |
| 19-22363 | Connecticut Broadband, LLC | - | - |
| 19-22365 | Connecticut Telephone & Communication Systems, Inc. | - | - |
| 19-22366 | Conversent Communications Long Distance, LLC | - | - |
| 19-22369 | Conversent Communications of Connecticut, LLC | - | - |
| 19-22372 | Conversent Communications of Maine, LLC | - | - |
| 19-22375 | Conversent Communications of Massachusetts, Inc. | - | - |
| 19-22378 | Conversent Communications of New Hampshire, LLC | - | - |
| 19-22380 | Conversent Communications of New Jersey, LLC | - | - |
| 19-22384 | Conversent Communications of New York, LLC | - | - |
| 19-22386 | Conversent Communications of Pennsylvania, LLC | - | - |
| 19-22388 | Conversent Communications of Rhode Island, LLC | - | - |
| 19-22391 | Conversent Communications of Vermont, LLC | - | - |
| 19-22394 | Conversent Communications Resale, L.L.C. | - | - |
| 19-22399 | CoreComm Communications, LLC | - | - |
| 19-22401 | CoreComm-ATX, Inc. | - | - |
| 19-22405 | CTC Communications Corporation | - | - |
| 19-22407 | CTC Communications of Virginia, Inc. | - | - |
| 19-22411 | D&E Communications, LLC | - | - |
| 19-22414 | D&E Management Services, Inc. | 520,997 | 522,714 |
| 19-22417 | D&E Networks, Inc. | - | - |
| 19-22419 | D&E Wireless, Inc. | - | - |
| 19-22423 | Deltacom, LLC | 28,058,474 | 27,064,496 |
| 19-22427 | Earthlink Business, LLC | - | - |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re   WINDSTREAM HOLDINGS, INC. et al.,   Case No. 19-22312 (RDD)
Debtors

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS[1, 2]

| Case No. | Case Name | Cash Receipts | Cash Disbursements |
|---|---|---|---|
| 19-22430 | Earthlink Carrier, LLC | 2,487,073 | 2,487,073 |
| 19-22432 | Equity Leasing, Inc. | - | - |
| 19-22435 | Eureka Broadband Corporation | - | - |
| 19-22437 | Eureka Holdings, LLC | - | - |
| 19-22438 | Eureka Networks, LLC | - | - |
| 19-22442 | Eureka Telecom of VA, Inc. | - | - |
| 19-22445 | Eureka Telecom, Inc. | - | - |
| 19-22447 | Georgia Windstream, LLC | - | - |
| 19-22451 | Heart of the Lakes Cable Systems, Inc. | - | - |
| 19-22314 | Infocore, Inc. | - | - |
| 19-22318 | InfoHighway Communications Corporation | - | - |
| 19-22321 | Info-Highway International, Inc. | - | - |
| 19-22325 | InfoHighway of Virginia, Inc. | - | - |
| 19-22328 | Intellifiber Networks, LLC | - | - |
| 19-22330 | Iowa Telecom Data Services, L.C. | - | - |
| 19-22333 | Iowa Telecom Technologies, LLC | - | - |
| 19-22336 | IWA Services, LLC | - | - |
| 19-22337 | KDL Holdings, LLC | - | - |
| 19-22342 | LDMI Telecommunications, LLC | - | - |
| 19-22346 | Lightship Telecom, LLC | - | - |
| 19-22347 | MassComm, LLC | 10,298 | 10,310 |
| 19-22350 | McLeodUSA Information Services LLC | - | - |
| 19-22352 | McLeodUSA Purchasing, L.L.C. | - | - |
| 19-22355 | McLeodUSA Telecommunications Services, L.L.C. | - | - |
| 19-22357 | MPX, Inc. | - | - |
| 19-22361 | Nashville Data Link, LLC | - | - |
| 19-22364 | Network Telephone, LLC | - | - |
| 19-22367 | Norlight Telecommunications of Virginia, LLC | - | - |
| 19-22370 | Oklahoma Windstream, LLC | - | - |
| 19-22373 | Open Support Systems, LLC | - | - |
| 19-22376 | PaeTec Communications of Virginia, LLC | - | - |
| 19-22311 | PaeTec Communications, LLC | 134,002,901 | 134,088,881 |
| 19-22381 | PAETEC Holding, LLC | - | - |
| 19-22385 | PAETEC iTEL, L.L.C. | - | - |
| 19-22389 | PAETEC Realty LLC | - | - |
| 19-22393 | PAETEC, LLC | - | - |
| 19-22396 | PCS Licenses, Inc. | 5,123 | 4,031 |
| 19-22398 | Progress Place Realty Holding Company, LLC | - | - |
| 19-22402 | RevChain Solutions, LLC | - | - |
| 19-22406 | SM Holdings, LLC | - | - |
| 19-22409 | Southwest Enhanced Network Services, LLC | - | - |
| 19-22412 | Talk America of Virginia, LLC | - | - |
| 19-22416 | Talk America, LLC | - | - |
| 19-22420 | Teleview, LLC | - | - |
| 19-22316 | Texas Windstream, LLC | - | - |
| 19-22323 | The Other Phone Company, LLC | - | - |
| 19-22327 | TriNet, LLC | - | - |
| 19-22334 | TruCom Corporation | - | - |
| 19-22340 | US LEC Communications LLC | - | - |
| 19-22343 | US LEC of Alabama LLC | - | - |
| 19-22348 | US LEC of Florida LLC | - | - |
| 19-22351 | US LEC of Georgia LLC | - | - |
| 19-22379 | US LEC of Maryland LLC | - | - |
| 19-22383 | US LEC of North Carolina LLC | - | - |
| 19-22395 | US LEC of Pennsylvania LLC | - | - |
| 19-22404 | US LEC of South Carolina LLC | - | - |
| 19-22410 | US LEC of Tennessee LLC | - | - |
| 19-22415 | US LEC of Virginia LLC | - | - |
| 19-22455 | US Xchange, Inc. | - | - |
| 19-22425 | US Xchange of Illinois, L.L.C. | - | - |
| 19-22436 | US Xchange of Indiana, L.L.C. | - | - |
| 19-22443 | US Xchange of Michigan, L.L.C. | - | - |
| 19-22450 | US Xchange of Wisconsin, L.L.C. | - | - |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re   WINDSTREAM HOLDINGS, INC. et al.,         Case No. 19-22312 (RDD)
        Debtors

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS[1, 2]

| Case No. | Case Name | Cash Receipts | Cash Disbursements |
|---|---|---|---|
| 19-22460 | Valor Telecommunications of Texas, LLC | 315,380 | 315,380 |
| 19-22465 | WaveTel NC License Corporation | - | - |
| 19-22470 | WIN Sales & Leasing, Inc. | - | - |
| 19-22472 | Windstream Accucomm Networks, LLC | - | - |
| 19-22475 | Windstream Accucomm Telecommunications, LLC | - | - |
| 19-22478 | Windstream Alabama, LLC | - | - |
| 19-22483 | Windstream Arkansas, LLC | - | - |
| 19-22487 | Windstream Buffalo Valley, Inc. | - | - |
| 19-22310 | Windstream Business Holdings, LLC | 51,441,545 | 51,436,239 |
| 19-22494 | Windstream BV Holdings, LLC | - | - |
| 19-22500 | Windstream Cavalier, LLC | - | - |
| 19-22424 | Windstream Communications Kerrville, LLC | 3,077 | 12 |
| 19-22429 | Windstream Communications Telecom, LLC | - | - |
| 19-22433 | Windstream Communications, LLC | 408,547,455 | 402,197,163 |
| 19-22439 | Windstream Concord Telephone, LLC | 326,409 | 326,409 |
| 19-22446 | Windstream Conestoga, Inc. | - | - |
| 19-22448 | Windstream CTC Internet Services, Inc. | - | - |
| 19-22452 | Windstream D&E Systems, LLC | 28,187 | 28,187 |
| 19-22457 | Windstream D&E, Inc. | - | - |
| 19-22459 | Windstream Direct, LLC | - | - |
| 19-22464 | Windstream Eagle Holdings, LLC | - | - |
| 19-22467 | Windstream Eagle Services, LLC | - | - |
| 19-22390 | Windstream EN-TEL, LLC | - | - |
| 19-22397 | Windstream Finance Corp. | - | - |
| 19-22413 | Windstream Florida, LLC | 147,303 | 148,552 |
| 19-22418 | Windstream Georgia Communications, LLC | 670,034 | 670,778 |
| 19-22422 | Windstream Georgia Telephone, LLC | - | - |
| 19-22426 | Windstream Georgia, LLC | 9,175 | 7,906 |
| 19-22431 | Windstream Holding of the Midwest, Inc. | - | |
| 19-22312 | Windstream Holdings, Inc. | 54,730,625 | 54,730,625 |
| 19-22434 | Windstream Iowa Communications, LLC | - | - |
| 19-22441 | Windstream Iowa-Comm, LLC | - | - |
| 19-22444 | Windstream IT-Comm, LLC | - | - |
| 19-22449 | Windstream KDL, LLC | - | - |
| 19-22453 | Windstream KDL-VA, LLC | - | - |
| 19-22458 | Windstream Kentucky East, LLC | 839,155 | 838,670 |
| 19-22462 | Windstream Kentucky West, LLC | - | - |
| 19-22468 | Windstream Kerrville Long Distance, LLC | - | - |
| 19-22473 | Windstream Lakedale Link, Inc | - | - |
| 19-22477 | Windstream Lakedale, Inc. | - | - |
| 19-22482 | Windstream Leasing, LLC | - | - |
| 19-22486 | Windstream Lexcom Communications, LLC | 165,886 | 165,886 |
| 19-22491 | Windstream Lexcom Entertainment, LLC | - | - |
| 19-22498 | Windstream Lexcom Long Distance, LLC | - | - |
| 19-22502 | Windstream Lexcom Wireless, LLC | - | - |
| 19-22504 | Windstream Mississippi, LLC | - | - |
| 19-22506 | Windstream Missouri, LLC | 7,671 | 7,217 |
| 19-22508 | Windstream Montezuma, LLC | 43,828 | 44,114 |
| 19-22510 | Windstream Nebraska, Inc. | 99,919 | 99,593 |
| 19-22511 | Windstream Network Services of the Midwest, Inc. | - | - |
| 19-22512 | Windstream New York, Inc. | 304 | 1,186 |
| 19-22513 | Windstream Norlight, LLC | - | - |
| 19-22514 | Windstream North Carolina, LLC | 6,857 | 6,802 |
| 19-22515 | Windstream NorthStar, LLC | - | - |
| 19-22516 | Windstream NTI, LLC | - | - |
| 19-22517 | Windstream NuVox Arkansas, LLC | - | - |
| 19-22518 | Windstream NuVox Illinois, LLC | - | - |
| 19-22519 | Windstream NuVox Indiana, LLC | - | - |
| 19-22476 | Windstream NuVox Kansas, LLC | - | - |
| 19-22480 | Windstream NuVox Missouri, LLC | - | - |
| 19-22484 | Windstream NuVox Ohio, LLC | - | - |
| 19-22489 | Windstream NuVox Oklahoma, LLC | - | - |
| 19-22492 | Windstream NuVox, LLC | 7,188,684 | 7,188,684 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re   WINDSTREAM HOLDINGS, INC. et al.,                                          Case No. 19-22312 (RDD)
        Debtors

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS [1, 2]

| Case No. | Case Name | Cash Receipts | Cash Disbursements |
|---|---|---:|---:|
| 19-22496 | Windstream of the Midwest, Inc. | - | - |
| 19-22501 | Windstream Ohio, LLC | 2,280 | 2,504 |
| 19-22503 | Windstream Oklahoma, LLC | - | - |
| 19-22505 | Windstream Pennsylvania, LLC | - | - |
| 19-22400 | Windstream Services, LLC | 1,232,298,768 | 1,139,190,500 |
| 19-22507 | Windstream SHAL Networks, Inc. | - | - |
| 19-22509 | Windstream SHAL, LLC | - | - |
| 19-22479 | Windstream Shared Services, LLC | 19,795 | 19,795 |
| 19-22481 | Windstream South Carolina, LLC | 19,212 | 19,212 |
| 19-22485 | Windstream Southwest Long Distance, LLC | - | - |
| 19-22488 | Windstream Standard, LLC | 664,567 | 687,627 |
| 19-22490 | Windstream Sugar Land, LLC | - | - |
| 19-22493 | Windstream Supply, LLC | - | - |
| 19-22495 | Windstream Systems of the Midwest, Inc. | - | - |
| 19-22497 | Windstream Western Reserve, LLC | - | - |
| 19-22499 | Xeta Technologies, Inc. | 5,639,801 | 5,437,275 |
| | **Total Debtors** | **$ 1,990,182,092** | **$ 1,891,136,787** |

**Notes:**
[1] Includes cash receipts and disbursements related to third party transactions as well as intercompany transfers between Debtors.
[2] The cash receipts and cash disbursements disclosed in this Monthly Operating Report reflect the bank activity records available to the Debtors. For the purpose of calculating the U.S. Trustee fee, cash disbursements disclosed in this Monthly Operating Report are allocated to the Debtor entity receiving the benefit of such disbursement.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re  WINDSTREAM HOLDINGS, INC. et al.,  Case No. 19-22312 (RDD)
       Debtors

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

### BANK ACCOUNT RECONCILIATIONS[1]

| Legal Entity | Case Number | Bank/Account Description | Account Number[2] | Ending Bank Balance |
|---|---|---|---|---|
| American Telephone Company LLC | 19-22349 | Bank of America / Disb. | 9254 | $ 46,823 |
| BOB, LLC | 19-22387 | CIBC/ Dep. | 0393 | 8,396 |
| Broadview Networks, Inc. | 19-22456 | Citibank/ Dep. | 3276 | 444,003 |
| Broadview Networks, Inc. | 19-22456 | RBC/ Disb. | 1225[3] | 74,632 |
| Broadview Networks, Inc. | 19-22456 | Citibank/ Dep. | 3268 | 167,826 |
| Broadview Networks, Inc. | 19-22456 | Citibank/ Other | 1189 | - |
| Broadview Networks, Inc. | 19-22456 | Citibank/ Other | 7016 | - |
| Broadview Networks, Inc. | 19-22456 | Citibank/ Other | 9378 | - |
| Broadview Networks, Inc. | 19-22456 | Citibank/ Other | 2139 | - |
| Broadview Networks, Inc. | 19-22456 | Citibank/ Other | 5321 | - |
| Broadview Networks, Inc. | 19-22456 | Citibank/ Other | 8237 | - |
| Buffalo Valley Management Services, Inc. | 19-22463 | Wells Fargo Bank/ Other | 4234 | 2,834 |
| Buffalo Valley Management Services, Inc. | 19-22463 | US Bank/ Other | 0220 | 4,997 |
| Cavalier Telephone, L.L.C. | 19-22317 | Bank of America/ Dep. | 7841 | 132,117 |
| Choice One Communications of New York, Inc. | 19-22329 | Bank of America/ Dep. | 6429 | 519,690 |
| Choice One Communications of New York, Inc. | 19-22329 | Bank of America/ Dep. | 8396 | 50,807 |
| Conestoga Management Services, Inc. | 19-22358 | US Bank/ Other | 0195 | 8,263 |
| Conestoga Management Services, Inc. | 19-22358 | Wells Fargo Bank/ Other | 4247 | 90 |
| D&E Management Services, Inc. | 19-22414 | Bank of America/ Other | 3288 | 454 |
| D&E Management Services, Inc. | 19-22414 | US Bank/ Other | 8333 | 5,564 |
| DeltaCom, LLC | 19-22423 | Regions/ Dep. | 6996 | 1,404,677 |
| DeltaCom, LLC | 19-22423 | Fifth Third Bank/ Dep. | 8741 | 904,223 |
| EarthLink Carrier, LLC | 19-22430 | Regions/ Dep. | 6708 | - |
| MassComm, LLC | 19-22347 | Chase Bank/ Dep. | 7517 | 48,639 |
| MassComm, LLC | 19-22347 | Chase Bank/ Disb. | 9872 | 25,989 |
| MassComm, LLC | 19-22347 | Chase Bank/ Dep. | 7509 | 4,753 |
| Paetec Communications, LLC | 19-22311 | HSBC/ Dep. | 9204 | 508,046 |
| Paetec Communications, LLC | 19-22311 | M&T Bank/ Dep. | 2501 | 812,027 |
| Paetec Communications, LLC | 19-22311 | Bank of America/ Dep. | 0882 | - |
| Paetec Communications, LLC | 19-22311 | Chase Bank/ Dep. | 3425 | - |
| PCS Licenses, Inc. | 19-22396 | Bank of America/ Other | 3291 | 2 |
| PCS Licenses, Inc. | 19-22396 | US Bank/ Other | 3880 | 5,005 |
| Valor Telecommunications of Texas, LLC | 19-22460 | Bank of America/ Dep. | 1529 | - |
| Valor Telecommunications of Texas, LLC | 19-22460 | Wells Fargo Bank/ Dep. | 5518 | - |
| Windstream Business Holdings, LLC | 19-22310 | Bank of America/ Dep. | 5419 | 331,713 |
| Windstream Business Holdings, LLC | 19-22310 | Bank of America/ Dep. | 7948 | - |
| Windstream Communications Kerrville, LLC | 19-22424 | Security State Bank & Trust/ Dep. | xxxx | 4,096 |
| Windstream Communications, LLC | 19-22433 | Chase Bank/ Dep. | 8972 | 3,745,688 |
| Windstream Communications, LLC | 19-22433 | Wells Fargo Bank/ Dep. | 3712 | 7,425,219 |
| Windstream Communications, LLC | 19-22433 | Bank of America/ Dep. | 3741 | - |
| Windstream Communications, LLC | 19-22433 | Bank of America/ Dep. | 0600 | - |
| Windstream Communications, LLC | 19-22433 | Bank of America/ Dep. | 5301 | - |
| Windstream Communications, LLC | 19-22433 | Bank of America/ Dep. | 5314 | - |
| Windstream Communications, LLC | 19-22433 | Bank of America/ Dep. | 5327 | - |
| Windstream Communications, LLC | 19-22433 | Bank of America/ Disb. | 1672 | - |
| Windstream Communications, LLC | 19-22433 | Bank of America/ Dep. | 1698 | - |
| Windstream Communications, LLC | 19-22433 | Bank of America/ Dep. | 1724 | - |
| Windstream Communications, LLC | 19-22433 | Bank of America/ Dep. | 1737 | - |
| Windstream Communications, LLC | 19-22433 | Bank of America/ Dep. | 1795 | - |
| Windstream Communications, LLC | 19-22433 | Bank of America/ Dep. | 1441 | - |
| Windstream Communications, LLC | 19-22433 | Bank of America/ Dep. | 1454 | - |
| Windstream Communications, LLC | 19-22433 | Bank of America/ Dep. | 4239 | - |
| Windstream Communications, LLC | 19-22433 | Bank of America/ Dep. | 4144 | - |
| Windstream Communications, LLC | 19-22433 | Chase Bank/ Dep. | 6643 | - |
| Windstream Concord Telephone, LLC | 19-22439 | Bank of America/ Dep. | 6399 | - |
| Windstream Concord Telephone, LLC | 19-22439 | Bank of America/ Dep. | 6412 | - |
| Windstream D&E Systems, LLC | 19-22452 | Bank of America/ Dep. | 0702 | - |
| Windstream Florida, LLC | 19-22413 | First Federal Savings/ Dep. | 7709 | 17,892 |
| Windstream Georgia Communications, LLC | 19-22418 | Exchange Bank/ Dep. | xxxx | 23,940 |
| Windstream Georgia Communications, LLC | 19-22418 | Bank of America/ Dep. | 7765 | 2,930 |
| Windstream Georgia Communications, LLC | 19-22418 | Bank of America/ Dep. | 3834 | - |
| Windstream Georgia Communications, LLC | 19-22418 | Bank of America/ Dep. | 1766 | - |
| Windstream Georgia Communications, LLC | 19-22418 | Bank of America/ Dep. | 4507 | - |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re   WINDSTREAM HOLDINGS, INC. et al.,        Case No. 19-22312 (RDD)
        Debtors

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

## BANK ACCOUNT RECONCILIATIONS[1]

| Legal Entity | Case Number | Bank/Account Description | Account Number [2] | Ending Bank Balance |
|---|---|---|---|---|
| Windstream Georgia Communications, LLC | 19-22418 | Wells Fargo Bank/ Dep. | 8115 | - |
| Windstream Georgia, LLC | 19-22426 | The Farmers Bank/ Dep. | xxxx | 2,299 |
| Windstream Holdings, Inc. | 19-22312 | Bank of America/ Disb. | 2369 | - |
| Windstream Kentucky East, LLC | 19-22458 | Forcht Bank (Campbellsville)/ Dep. | 9736 | 34,763 |
| Windstream Kentucky East, LLC | 19-22458 | Chase Bank/ Dep. | 2757 | 7,124 |
| Windstream Kentucky East, LLC | 19-22458 | Chase Bank/ Dep. | 2773 | 3,777 |
| Windstream Kentucky East, LLC | 19-22458 | Bank of America/ Dep. | 0571 | - |
| Windstream Kentucky East, LLC | 19-22458 | Bank of America/ Dep. | 0597 | - |
| Windstream Lexcom Communications, LLC | 19-22486 | Wells Fargo Bank/ Dep. | 5700 | - |
| Windstream Missouri, LLC | 19-22506 | First Missouri Bank/ Dep. | 0464 | 2,655 |
| Windstream Montezuma, LLC | 19-22508 | Montezuma State Bank/ Dep. | xxxx | 15,936 |
| Windstream Nebraska, Inc. | 19-22510 | US Bank/ Dep. | 9924 | 29,097 |
| Windstream Nebraska, Inc. | 19-22510 | US Bank/ Dep. | 3936 | 15,881 |
| Windstream Nebraska, Inc. | 19-22510 | Wells Fargo Bank/ Dep. | 1370 | - |
| Windstream New York, Inc. | 19-22512 | Suntrust/ Dep. | 9486 | 1,279 |
| Windstream North Carolina, LLC | 19-22514 | First Bank/ Dep. | 0206 | 1,670 |
| Windstream North Carolina, LLC | 19-22514 | Suntrust/ Dep. | 4078 | 1,254 |
| Windstream NuVox, LLC | 19-22492 | Chase Bank/ Dep. | 8595 | - |
| Windstream Ohio, LLC | 19-22501 | First Central National Bank/ Dep. | xxxx | 1,079 |
| Windstream Services, LLC | 19-22400 | Bank of America/ Concen. | 1805 | 487,157,437 |
| Windstream Services, LLC | 19-22400 | Bank of America/ Other | 5832 | 5,254,259 |
| Windstream Services, LLC | 19-22400 | Bank of America/ Adeq Assur | 3937 | 2,500,000 |
| Windstream Services, LLC | 19-22400 | Bank of America/ Disb. | 4885 | - |
| Windstream Services, LLC | 19-22400 | Bank of America/ Disb. | 4893 | - |
| Windstream Services, LLC | 19-22400 | Bank of America/ Disb. | 4919 | - |
| Windstream Services, LLC | 19-22400 | Bank of America/ Disb. | 8985 | - |
| Windstream Services, LLC | 19-22400 | Bank of America/ Disb. | 2933 | - |
| Windstream Services, LLC | 19-22400 | Bank of America/ Disb. | 2941 | - |
| Windstream Services, LLC | 19-22400 | Bank of America/ Disb. | 5089 | - |
| Windstream Services, LLC | 19-22400 | Bank of America/ Dep. | 6049 | - |
| Windstream Services, LLC | 19-22400 | Bank of America/ Dep. | 1821 | - |
| Windstream Services, LLC | 19-22400 | Bank of America/ Disb. | 7973 | - |
| Windstream Services, LLC | 19-22400 | Bank of America/ Other | 5309 | - |
| Windstream Shared Services, LLC | 19-22479 | Chase Bank/ Dep. | 8926 | - |
| Windstream South Carolina, LLC | 19-22481 | Bank of America/ Dep. | 5525 | - |
| Windstream Standard, LLC | 19-22488 | Regions/ Dep. | 2442 | 37,212 |
| Windstream Standard, LLC | 19-22488 | Regions/ Dep. | 2469 | 23,963 |
| Windstream Standard, LLC | 19-22488 | United Community Bank/ Dep. | 4351 | 15,704 |
| Windstream Standard, LLC | 19-22488 | Bank of America/ Dep. | 7781 | 3,797 |
| Xeta Technologies, Inc. | 19-22499 | Commerce Bank/ Dep. | 0382 | 388,650 |
| Xeta Technologies, Inc. | 19-22499 | Commerce Bank/ Dep. | 6094 | 4,695 |
| Xeta Technologies, Inc. | 19-22499 | M&T Bank/ Disb. | 2912 | - |
| **Total Bank Balances** | | | | **$ 512,233,865** |

### Bank-to-Book Cash Reconciliation

| | | |
|---|---|---|
| Total Bank Balance | $ | 512,233,865 |
| (+) Credit Card Receipts in-Transit | | 12,382,459 |
| (+)/(-) Other Cash-in-Transit/ Reconciling Items | | 892,428 |
| (-) Restricted Cash | | (7,753,395) |
| Cash and Cash Equivalents Book Balance (MOR - 3) | $ | 517,755,357 |

**Notes:**

[1] Copies of Bank Statements and Cash Disbursement journals are available upon request.

[2] Last four digits of account number. Accounts listed as "xxxx" have account numbers of 6 or fewer digits and have been excluded herein for confidentiality purposes.

[3] Funds in this account are held in CAD; balance reflected herein is converted to USD using end of period exchange rates.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re    WINDSTREAM HOLDINGS, INC. et al.,    Case No. 19-22312 (RDD)
Debtors

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

## STATEMENT OF OPERATIONS

WINDSTREAM HOLDINGS, INC.
(DEBTOR-IN-POSSESSION)
CONSOLIDATED STATEMENTS OF OPERATIONS (UNAUDITED)

| Reporting period of Apr 1 through Apr 30, 2019 | |
|---|---:|
| Revenues and sales: | |
| Service revenues | $ 428,683,757 |
| Product sales | 5,489,828 |
| Total revenues and sales | 434,173,585 |
| Costs and expenses: | |
| Cost of services (exclusive of depreciation and amortization included below) | 271,824,962 |
| Cost of products sold | 5,588,127 |
| Selling, general, administrative and other | 63,764,161 |
| Depreciation and amortization | 89,039,492 |
| Merger and integration costs | 741,833 |
| Restructuring charges | 2,217,790 |
| Total costs and expenses | 433,176,365 |
| Operating profit | 997,220 |
| Other income, net | 649,198 |
| Reorganization items, net [1] | (18,655,797) |
| Interest expense | (27,313,655) |
| Loss before income taxes | (44,323,034) |
| Income tax benefit | (11,226,945) |
| Net loss | $ (33,096,089) |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re   WINDSTREAM HOLDINGS, INC. et al.,              Case No. 19-22312 (RDD)
        Debtors
                                                       Reporting Period: 4/1/19 - 4/30/19

                                                       Federal Tax I.D. # 46-2847717

## BALANCE SHEET

WINDSTREAM HOLDINGS, INC
(DEBTOR-IN-POSSESSION)
CONSOLIDATED BALANCE SHEETS (UNAUDITED)

|  | April 30, 2019 |
|---|---:|
| Assets | |
| Current Assets: | |
| Cash and cash equivalents | $ 517,755,357 |
| Restricted cash | 7,753,395 |
| Accounts receivable (less allowance for doubtful accounts) | 621,713,359 |
| Inventories | 76,693,157 |
| Prepaid expenses and other | 205,718,725 |
| Total current assets | 1,429,633,993 |
| Goodwill | 434,683,854 |
| Other intangibles, net | 1,160,377,257 |
| Net property, plant and equipment | 3,629,529,908 |
| Operating lease right-of-use assets | 4,153,488,920 |
| Other assets | 84,026,529 |
| Total Assets | 10,891,740,461 |
| Liabilities and Shareholders' Deficit | |
| Current Liabilities: | |
| Current portion of long-term debt | 3,715,941,478 |
| Accounts payable | 201,609,074 |
| Advance payments and customer deposits | 163,819,167 |
| Accrued taxes | 64,685,804 |
| Accrued interest | 1,585,546 |
| Other current liabilities | 152,025,936 |
| Total current liabilities | 4,299,667,005 |
| Other liabilities | 18,073,856 |
| Liabilities subject to compromise | 7,800,535,582 |
| Total liabilities | 12,118,276,443 |
| Commitments and Contingencies | |
| Shareholders' Deficit: | |
| Common stock, $.0001 par value, 75,000,000 shares authorized, | |
| 42,997,926 shares issued and outstanding | 4,275 |
| Additional paid-in capital | 1,252,935,764 |
| Accumulated other comprehensive income | 30,891,781 |
| Accumulated deficit | (2,510,367,802) |
| Total shareholders' deficit | (1,226,535,982) |
| Total Liabilities and Shareholders' Deficit | $ 10,891,740,461 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re WINDSTREAM HOLDINGS, INC. et al.,
Debtors

Case No. 19-22312 (RDD)

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

## STATUS OF POST-PETITION TAXES [1]

| Tax Description | Classification | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Ending Tax |
|---|---|---|---|---|---|
| Sales, Use Taxes and Government Fees | Accrued Taxes | $ 22,336,109 | $ 19,668,073 | $ (19,471,636) | $ 22,532,546 |
| Real and Personal Property Taxes | Accrued Taxes | 6,072,616 | 5,363,172 | (1,472,083) | 9,963,705 |
| Income and Franchise Taxes | Accrued Taxes | 1,297,687 | 471,237 | (418,638) | 1,350,286 |
| Other Telecom Taxes / Fees | Other Accruals | 4,427,897 | 4,391,540 | (4,274,262) | 4,545,175 |
| Payroll Taxes | Other Current Liabilities | 3,856,523 | 21,402,217 | (20,984,450) | 4,274,290 |
| **Total Taxes** | | $ 37,990,832 | $ 51,296,239 | $ (46,621,069) | $ 42,666,002 |

**Notes:**
[1] The tax roll-forward reflects the payment of post-petition taxes.

## SUMMARY OF UNPAID POST-PETITION DEBTS [2]

| Post-Petition Debts | Current | 1 - 30 | 31 - 60 | 61 -90 | 90 + | Total |
|---|---|---|---|---|---|---|
| Trade Accounts Payable | 45,927,246 | 8,026,625 | 1,018,979 | 43,418 | 27,018 | 55,043,285 |
| Other Accruals | 144,610,964 | - | - | - | - | 144,610,964 |
| **Total Accounts Payable** | 190,538,209 | 8,026,625 | 1,018,979 | 43,418 | 27,018 | 199,654,249 |
| Advance Payments and Customer Deposits | 150,652,167 | - | - | - | - | 150,652,167 |
| Accrued Taxes | 33,846,537 | - | - | - | - | 33,846,537 |
| Accrued Interest | 1,585,546 | - | - | - | - | 1,585,546 |
| Other Current Liabilities | 127,703,838 | - | - | - | - | 127,703,838 |
| Other Liabilities | 5,464,856 | - | - | - | - | 5,464,856 |
| **Total Unpaid Post-Petition Debts** | $ 509,791,153 | $ 8,026,625 | $ 1,018,979 | $ 43,418 | $ 27,018 | $ 518,907,193 |

**Notes:**
[2] Excludes Current Portion of Long-Term Debt.

In re WINDSTREAM HOLDINGS, INC. et al.,  
Debtors

Case No. 19-22312 (RDD)

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

## SUMMARY OF ACCOUNTS RECEIVABLE AGING

| Accounts Receivable | Current | 1 - 30 | Number of Days Past Due 31 - 60 | 61-90 | Total |
|---|---|---|---|---|---|
| Gross Receivables [1] | $ 512,416,702 | $ 75,328,650 | $ 40,533,198 | $ 83,521,673 | $ 711,800,222 |
| Less: Allowances and Reserves | N/A | N/A | N/A | N/A | (90,086,864) |
| Net Receivable Balance | $ 512,416,702 | $ 75,328,650 | $ 40,533,198 | $ 83,521,673 | $ 621,713,359 |

**Notes:**

[1] Gross Receivables include consumer and enterprise trade receivables, credit amounts from carriers, regulatory funding, unbilled revenues and unapplied funds.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re  WINDSTREAM HOLDINGS, INC. et al.,  
Debtors

Case No. 19-22312 (RDD)

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

## PAYMENTS TO INSIDERS [1]

| Insider of the Debtors | Type of Payment | Amount Paid | Total Paid to Date |
|---|---|---|---|
| Thomas, Tony | Regular Wages, Reimbursable Expenses | $ 76,923 | $ 130,812 |
| Gunderman, Robert E | Regular Wages, Reimbursable Expenses | 38,483 | 76,945 |
| Moody, Kristi | Regular Wages | 28,846 | 57,692 |
| Small, Jeffery | Regular Wages | 30,769 | 61,538 |
| Levine, Layne | Regular Wages, Reimbursable Expenses | 34,676 | 69,307 |
| Board Members | Reimbursable Expenses | 965 | 5,829 |
| **Total Payments To Insiders** | | **$ 210,663** | **$ 402,123** |

**Notes:**
[1] For the purposes of this Monthly Operating Report, the Debtors have defined "insiders" as Tony Thomas (President and Chief Executive Officer), Robert E. Gunderman (Chief Financial Officer and Treasurer), Kristi Moody (Executive Vice President, General Counsel & Corporate Secretary), Jeffery Small (President of Kinetic), and Layne Levine (President of Enterprise & Wholesale), as well as members of the Debtors' boards of directors and boards of managers, as applicable. The parties identified as "insiders" have been included for informational purposes only. The inclusion of a party as an "insider" herein is not an acknowledgement or concession that such party is an insider under any applicable law. The payments to insiders disclosed herein only reflect payments made during the reporting period (i.e., February 25, 2019, through and including April 30, 2019) including payments made on account of prepetition obligations pursuant to the relief granted under the First Day Motions.

## PAYMENTS TO RETAINED PROFESSIONALS [2]

| Retained Professional | Amount Paid During Month | Total Paid To Date |
|---|---|---|
| Kirkland & Ellis, LLP | $ - | $ - |
| PJT Partners LP | 5,000,000 | 5,000,000 |
| Alvarez & Marsal North America, LLC | - | - |
| PricewaterhouseCoopers LLP | - | - |
| Kurtzman Carson Consultants LLC [3] | 3,767,831 | 3,767,831 |
| Katten Muchin Rosenman LLP | - | - |
| Morrison & Foerster LLP | - | - |
| Perella Weinberg Partners LP | - | - |
| AlixPartners, LLP | - | - |
| **Total Payments To Retained Professionals** | **$ 8,767,831** | **$ 8,767,831** |

**Notes:**
[2] Schedule reflects retained professionals and payments made under filed retention applications.
[3] Payments to Kurtzman Carson Consultants LLC ("KCC"), as disclosed herein, include (a) amounts paid to KCC pursuant to the Order Authorizing Retention and Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent [Docket No. 59] (the "156(c) Order"), (b) amounts paid to KCC pursuant to the Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective Nunc Pro Tunc to the Petition Date [Docket No. 371] (the "327(a) Order", and collectively with the 156(c) Order, the "KCC Retention Orders"), and (c) expenses incurred by and reimbursed to KCC pursuant to their employment and retention under the KCC Retention Orders.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re  WINDSTREAM HOLDINGS, INC. et al.,  
Debtors

Case No. 19-22312 (RDD)

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

### DIP FINANCING (TERM LOAN & REVOLVER) - PERIOD TO DATE

| Facility | Beginning Balance | Draw [1] | Paydowns | Ending Balance |
|---|---|---|---|---|
| DIP Revolver Financing | $ - | $ - | $ - | $ - |
| DIP Term Loan Financing | $ 300,000,000 | $ 200,000,000 | $ - | $ 500,000,000 |

**Notes:**
[1] Draw reflects gross amount of proceeds.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re   WINDSTREAM HOLDINGS, INC. et al.,                    Case No. 19-22312 (RDD)
        Debtors

Reporting Period: 4/1/19 - 4/30/19

Federal Tax I.D. # 46-2847717

### DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| Is the Debtor delinquent in paying any insurance premium payment? | | X |
| Have any payments been made on pre-petition liabilities this reporting period? | X[1] | |
| Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any post petition payroll taxes past due? | | X |
| Are any post petition State or Federal income taxes past due? | | X |
| Are any post petition real estate taxes past due? | | X |
| Are any other post petition taxes past due? | | X |
| Have any pre-petition taxes been paid during this reporting period? | X | |
| Are any amounts owed to post petition creditors delinquent? | | X |
| Are any wage payments past due? | | X |
| Have any post petition loans been received by the Debtor from any party? | | X |
| Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Notes:**

[1] Pursuant to the relief requested under "First Day Motions" and their respective interim orders, certain payments have been made on prepetition obligations as outlined in various motions (e.g. wage, customer programs, taxes, critical vendors, lien claimants and 503(b)(9) claimants).