Stephen E. Hessler, P.C.
Marc Kieselstein, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM HOLDINGS, INC., *et al.*,[1] | ) | Case No. 19-22312 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AGENDA FOR NOVEMBER 25, 2019 HEARING

Time and Date of Hearing:   November 25, 2019, at 2:00 p.m. (prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/windstream. Further information may be obtained via email at WindstreamInfo@kccllc.com, or by calling toll free at 877-759-8815, or internationally at 424-236-7262.

---

[1]  The last four digits of Debtor Windstream Holdings, Inc.'s tax identification number are 7717. Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/windstream. The location of the Debtors' service address for purposes of these chapter 11 cases is: 4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

**I.    CONTESTED MATTER:**

1. ***Uniti Arrangement Motion***.  Debtors' Motion to Stay Purported Application of the Deadline Under Section 365(d)(4) of the Bankruptcy Code to the Uniti Arrangement [Docket No. 848].

    <u>Objection Deadline</u>:  November 18, 2019, at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:

    A.   Objection of Uniti to the Debtors' Motion to Stay [Docket No. 912].

    B.   Objection of the Ad Hoc Committee of Second Lienholders to the Debtors' Motion to Stay Purported Application of the Deadline Under Section 365(d)(4) of the Bankruptcy Code to the Uniti Arrangement [Docket No. 1217].

    C.   Limited Objection of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, to Debtors' Motion to Stay Purported Application of the Deadline Under Section 365(d)(4) of the Bankruptcy Code to the Uniti Arrangement [Docket No. 1219].

    D.   Statement of the Official Committee of Unsecured Creditors Regarding the Debtors' Motion to Stay Purported Application of the Deadline Under Section 365(d)(4) of the Bankruptcy Code to the Uniti Arrangement [Docket No. 1220].

    <u>Related Documents</u>:

    E.   Stipulation and Agreed Order to Extend the Deadline Under Section 365(d)(4) of the Bankruptcy Code as to the Uniti Master Lease [Docket No. 965].

    F.   Notice of Adjournment of Hearing on Debtors' Motion to Stay Purported Application of the Deadline Under Section 365(d)(4) of the Bankruptcy Code to the Uniti Arrangement [Docket No. 969].

    G.   Notice of Hearing on Debtors' Motion to Stay Purported Application of the Deadline under Section 365(d)(4) of the Bankruptcy Code to the Uniti Arrangement [Docket No. 1189].

    H.   Notice of Adjournment of Hearing on Debtors' Motion to Stay Purported Application of the Deadline Under Section 365(d)(4) of the Bankruptcy Code to the Uniti Arrangement [Docket No. 1205].

    <u>Status</u>:  This matter is going forward.

**II.    CONTINUED MATTERS:**

2.  ***Indenture Trustees' Motion***.  Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Cash Management Order [Docket No. 728].

    Objection Deadline:  December 11, 2019, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A.  Debtors' Preliminary Objection to the Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Cash Management Order [Docket No. 746].

    B.  Statement of the Ad Hoc Committee of Second Lien Noteholders in Response to the Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Cash Management Order [Docket No. 758].

    C.  First Lien Ad Hoc Group's Statement in Support of Debtors' Preliminary Objection to the Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Case Management Order [Docket No. 761].

    D.  Objection of Uniti to Motion of UMB Bank, National Association and U.S. Bank National Association [Docket No. 824].

    E.  Declaration of Eli J. Vonnegut in Support of Uniti's Objection to the Motion of UMB Bank, National Association and U.S. Bank National Association [Docket No. 825].

    Related Documents:

    F.  Memorandum of Law in Support of the Motion to Strike Master Lease from Schedules and Modify Cash Management Order [Docket No. 729].

    G.  Declaration of Julia M. Winters in Support of Motion to Strike Master Lease from Schedules and Modify Cash Management Order [Docket No. 730].

H.     Letter to Hon. Robert D. Drain from J. Christopher Shore Letter Requesting Telephonic Conference [Docket No. 775].

I.     Letter to Court [Docket No. 820].

J.     Notice of Adjournment of Hearing on Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Cash Management Order [Docket No. 840].

K.     Notice of Adjournment of Hearing on Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Case Management Order [Docket No. 950].

L.     Notice of Adjournment of Hearing on Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Case Management Order [Docket No. 1091].

M.     Notice of Adjournment of Hearing on Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Case Management Order [Docket No. 1158].

N.     Notice of Adjournment of Hearing on Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Case Management Order [Docket No. 1209].

O.     Notice of Adjournment of Hearing on Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Case Management Order [Docket No. 1225].

Status: This matter is continued to the December 18, 2019 omnibus hearing.

3. **UCC's Standing Motion**. Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 786].

Objection Deadline: December 11, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

- A. Declaration of Lorenzo Marinuzzi in Support of Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 787].

- B. Notice of Adjournment of Hearing on Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 821].

- C. Notice of Adjournment of Hearing on Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 919].

- D. Notice of Adjournment of Hearing on Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 1032].

- E. Notice of Adjournment of Hearing on Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 1148].

- F. Notice of Adjournment of Hearing on Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 1208].

Status: This matter is continued to the December 18, 2019 omnibus hearing.

| | |
|---|---|
| Dated:  November 21, 2019<br>New York, New York | */s/ Stephen E. Hessler*<br>Stephen E. Hessler, P.C.<br>Marc Kieselstein, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Brad Weiland (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |