Stephen E. Hessler, P.C.
Marc Kieselstein, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WINDSTREAM HOLDINGS, INC., *et al.,*[1] | ) ) ) | Case No. 19-22312 (RDD) |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF FILING OF STIPULATION AND ORDER
### EXTENDING THE TIME TO ASSUME CERTAIN UNEXPIRED
### LEASES OF NON-RESIDENTIAL REAL PROPERTY

**PLEASE TAKE NOTICE** that on November 26, 2019, Windstream Holdings, Inc. and

its debtor affiliates (collectively, the "Debtors") filed the *Stipulation and Order Extending the Time*

*to Assume Certain Unexpired Leases of Non-Residential Real Property* (the "Stipulation")[2]

attached hereto as **Exhibit A**, which represents an agreement between the Debtors and Digital

Realty on the terms of a consensual extension of the deadline under section 365(d)(4).

---

[1]    The last four digits of Debtor Windstream Holdings, Inc.'s tax identification number are 7717.  Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/windstream.  The location of the Debtors' service address for purposes of these chapter 11 cases is:  4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

[2]    Capitalized terms used but not otherwise defined herein shall the meanings ascribed to them in the Stipulation.

**PLEASE TAKE FURTHER NOTICE** that the parties to the Stipulation reached an agreement to extend the deadline under section 365(d)(4) with respect to the Debtors' contracts with Digital Realty and to the extent that such deadline may be applicable, all as set forth in the Stipulation.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases may be obtained free of charge on Kurtzman Carson Consultants LLC's website at http://www.kccllc.net/windstream.  You may also obtain copies of any pleadings on the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

Dated:  November 26, 2019
New York, New York

*/s/ Stephen E. Hessler, P.C.*

Stephen E. Hessler, P.C.
Marc Kieselstein, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

## Exhibit A

### Stipulation and Agreed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM HOLDINGS, INC., *et al.,*[1] | ) | Case No. 19-22312 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**STIPULATION AND ORDER EXTENDING THE TIME TO ASSUME CERTAIN
UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY**

Windstream Holdings, Inc. and its debtor affiliates as debtors and debtors in possession in

the above-captioned chapter 11 cases (collectively, the "Debtors") and Digital Realty[2] (collectively

with the Debtors, the "Parties") respectfully submit this proposed stipulation and agreed order

("Stipulation and Order").

**RECITALS**

**WHEREAS,** on February 25, 2019 (the "Petition Date"), the Debtors each filed a

voluntary petition for relief under chapter 11 of title 11, 11 U.S.C. §§ 101–1532 (the "Bankruptcy

Code"), with the United States Bankruptcy Court for the Southern District of New York

(the "Bankruptcy Court"), and such cases are being jointly administered pursuant to rule 1015(b)

---

[1]    The last four digits of Debtor Windstream Holdings, Inc.'s tax identification number are 7717. Due to the large
number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of
the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A
complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at
http://www.kccllc.net/windstream. The location of the Debtors' service address for purposes of these chapter 11
cases is:  4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

[2]    The term "Digital Realty" means Digital Realty Trust, L.P. and certain of its affiliated entities represented by
Stoel Rives LLP in these chapter 11 cases as defined in the *Notice of Appearance and Request for Service of
Papers* [Docket No. 628].

of the Federal Rules of Bankruptcy Procedure [Docket No. 56] (collectively, the "Chapter 11

Cases").

WHEREAS, on September 27, 2019, the Court entered an order (a) authorizing the

Debtors to, among other things, assume certain unexpired leases of non-residential real property,

(b) extending the Debtors' deadline to assume or reject any non-residential real property lease

under section 365(d)(4) of the Bankruptcy Code, to the extent applicable, with the consent of

Digital Realty to December 1, 2019, and (c) extending the deadline for Digital Realty to object to

the Debtors' proposed assumption or rejection of any non-residential real property lease under

section 365(d)(4) of the Bankruptcy Code, to the extent applicable and to which Digital Realty is

a party, to December 15, 2019 [Docket No. 1106] (the "Order").[3]

WHEREAS, by this Stipulation and Order, the Parties hereby agree to extend the Debtors'

deadline to assume or reject any non-residential real property lease to which Digital Realty is a

party on the terms set forth herein.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND UPON

APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION, THE

FOLLOWING IS SO ORDERED:

1.      The foregoing recitals are incorporated herein by reference as if set forth at length

herein.

2.      The Debtors' deadline to assume or reject any non-residential real property lease

under section 365(d)(4) of the Bankruptcy Code, to the extent applicable and to which Digital

Realty is a party, is extended to February 3, 2020.

---

[3]    Capitalized terms used but not defined herein have the same meaning ascribed in the Order.

3.　　The deadline for Digital Realty, as applicable, to object to the Debtors' proposed

assumption or rejection of any non-residential real property lease under section 365(d)(4) of the

Bankruptcy Code, to the extent applicable and to which Digital Realty is a party, is extended to

February 17, 2020.

4.　　Digital Realty and the Debtors reserve all of their rights, claims, and defenses with

respect to any executory contract or unexpired lease to which Digital Realty and any of the Debtors

are parties.　In the case of Digital Realty, such reservation of rights, claims, and defenses shall

include the right to argue that such executory contract or unexpired lease is not a non-residential

real property lease, to challenge any "Cure" amount that the Debtors may propose in connection

with assumption of the executory contract or unexpired lease, to pursue any claims with respect to

any such executory contract or unexpired lease now existing or hereafter arising, and to file a

motion requesting that this Court approve an order requiring the applicable Debtor to assume or

reject any executory contract or unexpired lease within a specified period of time.　In the case of

the Debtors, such reservation of rights, claims, and defenses shall include the right to object to the

foregoing.

5.　　This Stipulation and Order shall be binding on and inure to the benefit of the Parties

and their respective heirs, executors, administrators, successors, and permitted assigns.

6.　　Neither this Stipulation and Order nor any right or interest hereunder may be

assigned in whole or in part by either of the Parties without the prior consent of the other Party.

7.　　The Bankruptcy Court shall have exclusive jurisdiction to resolve any and all

disputes related to this Stipulation and Order.　Each of the Parties irrevocably consents for all

purposes of this Stipulation and Order to the jurisdiction of the Bankruptcy Court and agrees that

venue is proper in the Bankruptcy Court.

3

8.      Nothing in this Stipulation and Order, whether express or implied, shall be construed to give to any person or entity other than the Parties any legal or equitable right, remedy, interest, or claim under or in respect of this Stipulation and Order.

9.      This Stipulation and Order represents the Parties' mutual understandings and supersedes all prior agreements whether in oral or written form

10.     This Stipulation and Order shall be effective and enforceable immediately upon entry.

*[Signature pages to follow]*

**IN WITNESS WHEREOF**, and in agreement herewith, the Parties have executed and

delivered this Stipulation and Order as of the date first set forth below.

Dated: November 26, 2019
New York, New York

/s/ Stephen E. Hessler
Stephen E. Hessler, P.C.
Marc Kieselstein, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

Dated: November 26, 2019         */s/ Oren Buchanan Haker*
Portland, Oregon                 Oren Buchanan Haker
                                 **STOEL RIVES LLP**
                                 760 SW Ninth Avenue, Suite 3000
                                 Portland, Oregon 97205
                                 Telephone:    (503) 224-3380
                                 Facsimile:    (503) 220-2480

                                 - and -

                                 Bryan T. Glover
                                 **STOEL RIVES LLP**
                                 600 University Street, Suite 3600
                                 Seattle, Washington 98101
                                 Telephone:    (206) 624-0900
                                 Facsimile:    (206) 386-7500

                                 *Attorneys for for Digital Realty Trust, L.P. and affiliates*

SO ORDERED THIS ___ DAY OF _____, 2019

_____
UNITED STATES BANKRUPTCY JUDGE