Stephen E. Hessler, P.C.
Marc Kieselstein, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

Terence P. Ross
Michael R. Justus (*pro hac vice* pending)
Shaya Rochester
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022
Telephone:      (212) 940-8800
Facsimile:      (212) 940-8776

*Conflicts Counsel to the Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM HOLDINGS, INC., *et al.*,[1] | ) | Case No. 19-22312 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| WINDSTREAM HOLDINGS, INC. *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. Pro. No. 19-08246 |
| vs. | ) | |
| CHARTER COMMUNICATIONS, INC. and | ) | |
| CHARTER COMMUNICATIONS | ) | |
| OPERATING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

---

[1] The last four digits of Debtor Windstream Holdings, Inc.'s tax identification number are 7717. Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/windstream. The location of the Debtors' service address for purposes of these chapter 11 cases is:  4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

## AMENDED[2] AGENDA FOR DECEMBER 18, 2019 HEARING

| | |
|---|---|
| Time and Date of Hearing: | December 18, 2019, at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Robert D. Drain<br>United States Bankruptcy Court for the Southern District of New York<br>300 Quarropas Street<br>White Plains, New York 10601 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/windstream.    Further information may be obtained via email at WindstreamInfo@kccllc.com, or by calling toll free at 877-759-8815, or internationally at 424-236-7262. |

## I.    MATTERS TO BE HEARD IN BANKRUPTCY MAIN CASE NO. 19-22312:

1.    ***Second Exclusivity Motion.***  Debtors' Second Motion to Extend the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 1281]

Objection Deadline:  December 15, 2019, at 4:00 p.m. (prevailing Eastern Time); extended to December 16, 2019, at 12:00 p.m. (prevailing Eastern Time) for certain parties in interest.

Responses Received:

A.    Limited Objection of the First Lien Ad Hoc Group to Debtors' Second Motion to Extend the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 1315]

B.    Limited Objection of the Ad Hoc Committee of Second Lien Noteholders to the Debtors' Second Motion to Extend the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1316]

C.    Limited Objection of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, to Debtors' Second Motion to Extend the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 1317]

---

[2]    **Amended items are noted in bold.**

       D.    Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Second Motion to Extend Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to 1121 of the Bankruptcy Code [Docket No. 1318]

Related Documents:

       E.    **Debtors' Reply in Support of Debtors' Second Motion to Extend the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 1335]**

       F.    **Notice of Filing of Revised Proposed Order Extending Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 1336]**

Status:  This matter is going forward.

2.    ***First Omnibus Claims Objection***. Debtors' First Omnibus Objection to (A) Amended Claims, (B) Exact Duplicate Claims, (C) Substantively Duplicate Claims, and (D) Insufficient Documentation Claims [Docket No. 1224]

Objection Deadline:  December 11, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

       A.    Response of Wireless Services Center (D/B/A Mach Networks) to Debtors' First Omnibus Objection to (A) Amended Claims, (B) Exact Duplicate Claims, (C) Substantively Duplicate Claims, and (D) Insufficient Documentation Claims [Docket No. 1282]

       B.    Response to Debtors' Objection to Claimant's Insufficient Documentation Claims [Docket No. 1300]

Related Documents:

       C.    **Notice of Filing of Revised Proposed Order Granting Debtors' First Omnibus Objection to (A) Amended Claims, (B) Exact Duplicate Claims, and (C) Substantively Duplicate Claims [Docket No. 1338]**

Status:  This matter is going forward on an uncontested basis.  All formal and informal responses have been resolved or adjourned to a future date.

## II.    MATTERS TO BE HEARD IN ADVERSARY CASE NO. 19-08246

### A.    SEALING MOTIONS

3. ***Motion to File Under Seal (Debtors' Motion for Summary Judgment).*** Debtors' Motion for Leave to File Under Seal Certain Portions Of (A) Debtors' Memorandum of Law in Support of Their Motion for Summary Judgment of Liability on All Counts; (B) Debtors' Statement of Undisputed Material Facts in Support Thereof; and (C) Certain Exhibits to the Declarations of Jeffrey H. Auman, Paul Strickland, Jr., and Grace A. Thompson [Adv. Dkt. No. 128]

Objection Deadline:  December 11, 2019 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:  None.

Related Documents:

A. Debtors' Memorandum of Law in Support of Their Motion for Summary Judgment of Liability on All Counts [Adv. Dkt. No. 123]

B. Debtors' Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment of Liability on All Counts [Adv. Dkt. No. 124]

C. Declaration of Jeffrey H. Auman in Support of the Debtors' Memorandum of Law In Support of Their Motion for Summary Judgment of Liability on All Counts [Adv. Dkt. No. 125]

D. Declaration of Paul Strickland, Jr. in Support of the Debtors' Memorandum of Law in Support of Their Motion for Summary Judgment of Liability on All Counts [Adv. Dkt. No. 126]

E. Declaration of Grace A. Thompson in Support of the Debtors' Memorandum of Law in Support of Their Motion for Summary Judgment of Liability on All Counts [Adv. Dkt. No. 127]

Status:  The hearing on this matter is going forward.

4. ***Motion to File Under Seal (Charter's Motion for Summary Judgment).*** Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Ex Parte Motion to Seal Documents Filed in Connection with Their Motion for Summary Judgment [Adv. Dkt. No. 133]

Objection Deadline:  December 11, 2019 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:  None.

Related Documents:

A. Defendants Charter Communications, Inc. and Charter Communications Operating, LLC Motion for Summary Judgment

[Adv. Dkt. No. 129]

B.    Defendants Charter Communications, Inc. and Charter Communications Operating, LLC Memorandum in Support of Summary Judgment [Adv. Dkt. No. 130]

C.    Defendants' Statement of Uncontroverted Material Facts in Support of Defendants' Motion for Summary Judgment [Adv. Dkt. No. 131]

D.    Declaration of Brian Hockett in Support of Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Motion for Summary Judgment [Adv. Dkt. No. 132]

Status:  The hearing on this matter is going forward.

5.    ***Motion to File Under Seal (Charter's Opposition to Windstream's Motion for Summary Judgment).***  Defendants' Ex-Parte Motion to Seal Documents Filed in Connection with Their Memorandum in Opposition to Debtors' Motion for Partial Summary Judgment [Adv. Dkt. No. 142]

Objection Deadline: December 11, 2019 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:  None.

Related Documents:

A.    Defendants' Response to Debtors' Statement of Facts [Adv. Dkt. 140]

B.    Declaration of Brian Hockett in Support of Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Response to Debtors' Statement of Facts [Adv. Dkt. No. 141]

C.    Defendants' Memorandum of Law in Opposition to Debtors' Motion for Partial Summary Judgment [Adv. Dkt. No. 157]

D.    Declaration of Brian Hockett in Support of Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Memorandum in Opposition to Debtors' Motion for Partial Summary Judgment [Adv. Dkt. No. 153]

E.    Defendants' Statement of Additional Facts [Adv. Dkt. No. 158]

Status:  The hearing on this matter is going forward.

6.    ***Motion to File Under Seal (Committee's Joinder to Debtors' Opposition to Charter's Motion for Summary Judgment).***  The Committee's Motion for Leave to File Under Seal Certain Portions of the Committee's Joinder to the Debtors' Opposition to Charter's Motion for Summary Judgment [Adv. Dkt. No. 151]

Objection Deadline: December 11, 2019 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:  None.

Related Documents:

A.    Committee's Joinder to the Debtors' Opposition to Charter's Motion for Summary Judgment [Adv. Dkt. No. 149]

Status:  The hearing on this matter is going forward.

7.    ***Motion to File Under Seal (Debtors' Opposition to Charter's Motion for Summary Judgment).***  Debtors' Motion for Leave to File Under Seal Certain Portions of (A) Debtors' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, (B) Debtors' Response to Defendants' Statement of Uncontroverted Material Facts (C) Certain Exhibits to the Declaration of Grace A. Thompson, (D) Declaration of Jeffrey H. Auman in Support of the Debtors' Opposition to Defendants' Motion for Summary Judgment, and (E) Expert Declaration of Sarah Butler [Adv. Dkt. No. 159]

Objection Deadline: December 16, 2019 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:  None.

Related Documents:

A.    Debtors' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment [Adv. Dkt. No. 144]

B.    Debtors' Response to Defendants' Statement of Uncontroverted Material Facts [Adv. Dkt. No. 145]

C.    Declaration of Grace A. Thompson [Adv. Dkt. No. 146]

D.    Declaration of Jeffrey H. Auman in Support of the Debtors' Opposition to Defendants' Motion for Summary Judgment [Adv. Dkt. No. 147]

E.    Expert Declaration of Sarah Butler [Adv. Dkt. No. 154]

Status:  The hearing on this matter is going forward.

8.    ***Motion to File Under Seal (Debtors' Reply in Support of Summary Judgment).*** Debtors' Motion For Leave to File Under Seal Certain Portions of (A) Debtors' Reply Memorandum in Support of Their Motion for Summary Judgment of Liability on All Counts, (B) Debtors' Reply Statement of Facts in Support of Its

Motion For Summary Judgment of Liability on All Counts, and (C) Debtors'
Response to Defendants' Statement of Additional Facts [Adv. Dkt. No. 173]

Objection Deadline: December 17, 2019 at 12:00 p.m. (prevailing Eastern
Time)

Responses Received:  None.

Related Documents:

A.      Debtors' Reply Memorandum in Support of Their Motion for
        Summary Judgment of Liability on All Counts [Adv. Dkt. No. 169]

B.      Debtors' Reply Statement of Facts in Support of Its Motion for
        Summary Judgment of Liability on All Counts [Adv. Dkt. No. 170]

C.      Debtors' Response to Defendants' Statement of Additional Facts
        [Adv. Dkt. No. 171]

Status:  The hearing on this matter is going forward.

**B.      SUBSTANTIVE MOTIONS**

9.      ***Motion for Judgment on the Pleadings and to Dismiss.*** Defendants Charter
        Communications, Inc. and Charter Communications Operating, LLC's Motion to
        for Judgment on the Pleadings on Count VI and Motion to Dismiss Count VII for
        Lack of Subject Matter Jurisdiction [Adv. Dkt. No. 109]

Objection Deadline: December 11, 2019 at 4:00 p.m. (prevailing Eastern
Time)

Responses Received:

A.      Debtors' Opposition to Defendants' Motion for Judgment on the
        Pleadings on Count VI and Motion to Dismiss Count VII for Lack
        of Subject Matter Jurisdiction [Adv. Dkt. No. 161]

B.      Declaration of Grace A. Thompson in Support of Debtors'
        Opposition to Defendants' Motion for Judgment on the Pleadings
        on Count VI and Motion to Dismiss Count VII for Lack of Subject
        Matter Jurisdiction [Adv. Dkt. No. 162]

C.      Joinder of the Official Committee of Unsecured Creditors to the
        Debtors' Opposition to Defendants' Motion for Judgment on the
        Pleadings on Count VI and Motion to Dismiss Count VII for Lack
        of Subject Matter Jurisdiction [Adv. Dkt. No. 163]

Related Documents:  None.

Status:  The hearing on this matter is going forward.

7

10.    ***Debtors' Motion for Summary Judgment.*** Debtors' Motion for Summary
Judgment of Liability on All Counts [Adv. Dkt. No. 122]

Objection Deadline: December 6, 2019

Responses Received:

A.    Defendants' Memorandum of Law in Opposition to Debtors'
Motion for Partial Summary Judgment [Adv. Dkt. No. 157]

B.    Declaration of Brian Hockett in Support of Defendants Charter
Communications, Inc. and Charter Communications Operating,
LLC's Memorandum in Opposition to Debtors' Motion for Partial
Summary Judgment [Adv. Dkt. No. 153]

C.    Defendants' Response to Debtors' Statement of Facts [Adv. Dkt.
No. 140]

D.    Declaration of Brian Hockett in Support of Defendants Charter
Communications, Inc. and Charter Communications Operating,
LLC's Response to Debtors' Statement of Facts [Adv. Dkt. No. 141]

E.    Defendants' Response to Debtors' Statement of Additional Facts
[Adv. Dkt. No. 175]

Related Documents:

A.    Debtors' Memorandum of Law in Support of Their Motion for
Summary Judgment of Liability on All Counts [Adv. Dkt. No. 123]

B.    Debtors' Statement of Undisputed Material Facts in Support of
Their Motion for Summary Judgment of Liability on All Counts
[Adv. Dkt. No. 124]

C.    Declaration of Jeffrey H. Auman in Support of the Debtors'
Memorandum of Law In Support of Their Motion for Summary
Judgment of Liability on All Counts [Adv. Dkt. No. 125]

D.    Declaration of Paul Strickland, Jr. in Support of the Debtors'
Memorandum of Law in Support of Their Motion for Summary
Judgment of Liability on All Counts [Adv. Dkt. No. 126]

E.    Declaration of Grace A. Thompson in Support of the Debtors'
Memorandum of Law In Support of Their Motion for Summary
Judgment of Liability on All Counts [Adv. Dkt. No. 127]

F.    Debtors' Reply Memorandum in Support of Their Motion for
Summary Judgment of Liability on All Counts [Adv. Dkt. No. 169]

G.    Debtors' Reply Statement of Facts in Support of Its Motion for

Summary Judgment of Liability on All Counts [Adv. Dkt. No. 170]

H.    Declaration of Jeffrey H. Auman in Further Support of the Debtors'
Motion for Summary Judgment of Liability on All Counts [Adv.
Dkt. No. 172]

I.    Joinder of the Official Committee of Unsecured Creditors to the
Debtors' Reply in Support of the Debtors' Motion for Summary
Judgment of Liability on All Counts [Adv. Dkt. No. 174]

Status:  The hearing on this matter is going forward.

11.    ***Charter's Motion for Summary Judgment.***  Defendants Charter Communications,
Inc. and Charter Communications Operating, LLC's Motion for Summary
Judgment [Adv. Dkt. No. 129]

Objection Deadline:  December 6, 2019

Responses Received:

A.    Debtors' Memorandum of Law in Opposition to Defendants'
Motion for Summary Judgment [Adv. Dkt. No. 144]

B.    Debtors' Response to Defendants' Statement of Uncontroverted
Material Facts [Adv. Dkt. No. 145]

C.    Declaration of Grace A. Thompson [Adv. Dkt. No. 146]

D.    Declaration of Jeffrey H. Auman in Support of the Debtors'
Memorandum of Law in Opposition to Defendants' Motion for
Summary Judgment [Adv. Dkt. No. 147]

E.    Declaration of John C. Jarosz in Support of the Debtors'
Memorandum of Law in Opposition to Defendants' Motion for
Summary Judgment [Adv. Dkt. No. 148]

F.    Joinder of the Official Committee of Unsecured Creditors to the
Debtors' Opposition to Charter's Motion for Summary Judgment
[Adv. Dkt. No. 149]

G.    Debtors' Response to Defendants' Statement of Additional Facts
[Adv. Dkt. No. 171]

Related Documents:

A.    Defendants Charter Communications, Inc. and Charter
Communications Operating, LLC's Memorandum of Law in
Support of Summary Judgment [Adv. Dkt. No. 130]

B.    Statement of Undisputed Facts in Support of Defendants' Motion

for Summary Judgment [Adv. Dkt. No. 131]

C.     Declaration of Brian Hockett in Support of Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Motion for Summary Judgment [Adv. Dkt. 132]

D.     Defendants' Statement of Additional Facts [Adv. Dkt. No. 158]

E.     Defendants' Reply Memorandum in Support of Motion for Partial Summary Judgment [Adv. Dkt. No. 176]

Status:  The hearing on this matter is going forward.

## III.     ADJOURNED MATTERS IN BANKRUPTCY MAIN CASE NO. 19-22312

12.     ***Motion to File Under Seal (Charter's Motion to Compel Assumption or Rejection of Executory Contracts).***  Charter Communications Operating, LLC's Motion to Seal Documents Filed in Connection with Its Motion to Compel Assumption or Rejection of Executory Contracts [Dkt. No. 1261]

Objection Deadline: December 11, 2019 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:  None.

Related Documents:

A.     Charter Communications Operating, LLC's Motion to Compel Debtor Windstream Services, LLC to Assume or Reject Executory Contracts Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment [Dkt. No. 1263]

Status:  This matter is adjourned to January 16, 2020.

13.     ***Motion to File Under Seal (Debtors' Objection to Charter's Motion to Compel Assumption or Rejection of Executory Contracts).***  Debtors' Motion for Leave to File Under Seal Certain Portions of Debtors' Objection to Charter Communications Operating, LLC's Motion to Compel Debtor Windstream Services, LLC to Assume or Reject Executory Contracts [Dkt. No. 1304]

Objection Deadline: December 17, 2019 at 12:00 p.m. (prevailing Eastern Time)

Responses Received:  None.

Related Documents:

A.     Debtors' Objection to Charter Communications Operating, LLC's Motion to Compel Debtor Windstream Services, LLC to Assume or

Reject Executory Contracts [Dkt. No. 1298]

Status:  This matter is adjourned to January 16, 2020.

14.    ***Charter's Motion to Compel Assumption or Rejection of Executory Contracts.***
Charter Communications Operating, LLC's Motion to Seal Documents Filed in
Connection with Its Motion to Compel Assumption or Rejection of Executory
Contracts [Dkt. No. 1261]

Objection Deadline: December 11, 2019 at 4:00 p.m. (prevailing Eastern
Time)

Responses Received:

A.    Debtors' Objection to Charter Communications Operating, LLC's
Motion to Compel Debtor Windstream Services, LLC to Assume or
Reject Executory Contracts [Dkt. No. 1298]

B.    Declaration of Wendy Hays in Support of the Debtors' Objection to
Charter Communications Operating, LLC's Motion to Compel
Debtor Windstream Services, LLC to Assume or Reject Executory
Contracts [Dkt. No. 1299]

C.    Joinder of the Official Committee of Unsecured Creditors to
Debtors' Objection to Charter Communications Operating, LLC's
Motion to Compel Debtor Windstream Services, LLC to Assume or
Reject Executory Contracts [Dkt. No. 1302]

Related Documents:

A.    Notice of Adjournment of Hearing on Charter Communications
Operating, LLC's Motion to Compel Assumption or Rejection of
Executory Contracts [Dkt. No. 1314]

Status:  This matter is adjourned to January 16, 2020.

15.    ***Leave Motion.***    Motion of Ohio Edison Company for Leave to File Late
Amendment to Proof of Claim or, Alternatively, to File Late proof of Claim [Dkt.
No. 1232]

Objection Deadline: January 9, 2020, at 4:00 p.m. (prevailing Eastern
Time)

Responses Received: None

Related Documents:

A.    Notice of Adjournment of Hearing [Dkt. No. 1292]

Status:  This matter is adjourned to January 16, 2020.

16.     ***Stay Relief Motion.***  Niagara Mohawk Power Corporation, Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001, for Relief from the Automatic Stay and Waiver of the Stay Imposed by Bankruptcy Rule 4001 (a)(3) [Dkt. No. 1256]

Objection Deadline: January 9, 2020 at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None

Related Documents:

A.     Notice of Adjournment of Hearing [Dkt. No. 1292]

Status:  This matter is adjourned to January 16, 2020.

17.     ***Indenture Trustees' Motion.***  Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Cash Management Order [Docket No. 728]

Responses Received:

A.     Debtors' Preliminary Objection to the Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Cash Management Order [Docket No. 746]

B.     Statement of the Ad Hoc Committee of Second Lien Noteholders in Response to the Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Cash Management Order [Docket No. 758]

C.     First Lien Ad Hoc Group's Statement in Support of Debtors' Preliminary Objection to the Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Case Management Order [Docket No. 761]

D.     Objection of Uniti to Motion of UMB Bank, National Association and U.S. Bank National Association [Docket No. 824]

E.    Declaration of Eli J. Vonnegut in Support of Uniti's Objection to the Motion of UMB Bank, National Association and U.S. Bank National Association [Docket No. 825]

Related Documents:

F.    Memorandum of Law in Support of the Motion to Strike Master Lease from Schedules and Modify Cash Management Order [Docket No. 729]

G.    Declaration of Julia M. Winters in Support of Motion to Strike Master Lease from Schedules and Modify Cash Management Order [Docket No. 730]

H.    Letter to Hon. Robert D. Drain from J. Christopher Shore Letter Requesting Telephonic Conference [Docket No. 775]

I.    Letter to Court [Docket No. 820]

J.    Notice of Adjournment of Hearing on Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Cash Management Order [Docket No. 840].

K.    Notice of Adjournment of Hearing on Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Case Management Order [Docket No. 950]

L.    Notice of Adjournment of Hearing on Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Case Management Order [Docket No. 1091].

M.    Notice of Adjournment of Hearing on Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Case Management Order [Docket No. 1158]

N.    Notice of Adjournment of Hearing on Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Case Management Order [Docket No. 1209]

O.    Notice of Adjournment of Hearing on Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Case Management Order [Docket No. 1225]

P.    Notice of Adjournment of Hearing on Motion of UMB Bank, National Association and U.S. Bank National Association, as Indenture Trustees, (I) to Strike the Uniti Master Lease from the Debtors' Schedule G and (II) to Modify the Case Management Order [Docket No. 1313]

Status:  This matter is continued to a date to be determined.

18.    ***UCC's Standing Motion***.    Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 786]

Responses Received:  None.

Related Documents:

A.    Declaration of Lorenzo Marinuzzi in Support of Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 787]

B.    Notice of Adjournment of Hearing on Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 821]

C.    Notice of Adjournment of Hearing on Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 919]

D.    Notice of Adjournment of Hearing on Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 1032]

E.  Notice of Adjournment of Hearing on Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 1148]

F.  Notice of Adjournment of Hearing on Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 1208]

G.  Notice of Adjournment of Hearing on Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Consent Rights to Settlement [Docket No. 1312]

Status:  This matter is continued to a date to be determined.

## IV.    ADJOURNED MATTERS IN ADVERSARY CASE NO. 19-08246

19.  ***Motion to File Under Seal (Charter's Motion to Exclude Jarosz).*** Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Ex-Parte Motion to Seal Documents Filed in Connection with Their Motion to Exclude the Testimony of John C. Jarosz [Adv. Dkt. No. 118]

Objection Deadline: December 11, 2019 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:  None.

Related Documents:

A.  Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Motion to Exclude the Expert Testimony of John C. Jarosz [Adv. Dkt. No. 115]

B.  Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Memorandum in Support of Motion to Exclude the Expert Testimony of John C. Jarosz [Adv. Dkt. No. 116]

C.  Declaration of Brian Hocket in Support of Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Motion to Exclude the Expert Testimony of John C. Jarosz [Adv. Dkt. No. 117]

Status:  This matter is adjourned to January 16, 2020.

20.     ***Motion to File Under Seal (Debtors' Opposition to Charter's Motion to Exclude Jarosz).*** Debtors' Motion for Leave to File Under Seal Certain Portions of (A) Debtors; Memorandum of Law in Opposition to Defendants' Motion to Exclude Expert Testimony of John C. Jarosz , and (B) Declaration of John C. Jarosz in Support of Debtors' Opposition to Defendants' Motion to Exclude Expert Testimony of John C. Jarosz [Adv. Dkt. No. 168]

> Objection Deadline: December 17, 2019 at 12:00 p.m. (prevailing Eastern Time)

> Responses Received: None.

> Related Documents:

> A.     Debtors' Memorandum Of Law In Opposition To Defendants' Motion To Exclude Expert Testimony Of John C. Jarosz [Adv. Dkt. No. 164]

> B.     Declaration of John C. Jarosz in Support of Debtors' Opposition to Defendants' Motion to Exclude the Expert Testimony of John C. Jarosz [Adv. Dkt. No. 164]

> Status: This matter is adjourned to January 16, 2020.

21.     ***Charter's Motion to Exclude Jarosz.*** Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Motion to Exclude the Expert Testimony of John C. Jarosz [Adv. Dkt. No. 115]

> Objection Deadline: December 11, 2019 at 4:00 p.m. (prevailing Eastern Time)

> Responses Received:

> A.     Debtors' Memorandum Of Law In Opposition To Defendants' Motion To Exclude Expert Testimony Of John C. Jarosz [Adv. Dkt. No. 164]

> B.     Declaration of John C. Jarosz in Support of Debtors' Opposition to Defendants' Motion to Exclude the Expert Testimony of John C. Jarosz [Adv. Dkt. No. 165]

> C.     Declaration of Grace A. Thompson in Support of Debtors' Opposition to Defendants' Motion to Exclude the Expert Testimony of John C. Jarosz [Adv. Dkt. No. 166]

> Related Documents:

> A.     Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Memorandum in Support of Motion to Exclude the Expert Testimony of John C. Jarosz [Adv.

Dkt. No. 116]

B.       Declaration of Brian Hockett in Support of Defendants' Motion To Exclude Expert Testimony Of John C. Jarosz [Adv. Dkt. No. 117]

C.       Notice of Adjournment of Hearing on Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Motion to Exclude the Testimony of John C. Jarosz [Adv. Docket No. 177]

Status:  This matter is adjourned to January 16, 2020.

Dated:  December 17, 2019
New York, New York

*/s/ Stephen E. Hessler*
Stephen E. Hessler, P.C.
Marc Kieselstein, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

*/s/  Shaya Rochester*
Terence P. Ross
Michael R. Justus (*pro hac vice* pending)
Shaya Rochester
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-887
Email: terence.ross@katten.com
        michael.justus@katten.com
        srochester@katten.com

*Conflicts Counsel to the Debtors and Debtors in Possession*