Stephen E. Hessler, P.C.
Marc Kieselstein, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

Terence P. Ross
Michael R. Justus (admitted *pro hac vice*)
Shaya Rochester
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022
Telephone:  (212) 940-8800
Facsimile:   (212) 940-8776

*Conflicts Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM HOLDINGS, INC., *et al.*,[1] | ) | Case No. 19-22312 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| WINDSTREAM HOLDINGS, INC. *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. Pro. No. 19-08246 |
| vs. | ) | |
| CHARTER COMMUNICATIONS, INC. and | ) | |
| CHARTER COMMUNICATIONS | ) | |
| OPERATING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

---

[1]  The last four digits of Debtor Windstream Holdings, Inc.'s tax identification number are 7717.  Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/windstream.  The location of the Debtors' service address for purposes of these chapter 11 cases is:  4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

|   |   |
|---|---|
| WINDSTREAM HOLDINGS, INC. and WINDSTREAM SERVICES, LLC,   )<br>)<br>)<br>)<br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>)<br>UNITI GROUP, INC., *et al.*   )<br>)<br>)<br>Defendants.   ) | Adversary Proceeding<br><br>Case No. 19-08279 (RDD) |

# AMENDED[2] AGENDA FOR JANUARY 16, 2020 HEARING

Time and Date of Hearing: January 16, 2020, at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing: The Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Copies of Motions: A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/windstream. Further information may be obtained via email at WindstreamInfo@kccllc.com, or by calling toll free at 877-759-8815, or internationally at 424-236-7262.

## I. MATTERS TO BE HEARD IN BANKRUPTCY MAIN CASE NO. 19-22312:

1. ***Second KEIP Motion.*** Debtors' Motion for Entry of an Order Approving the Debtors' 2020 Key Employee Incentive Program [Dkt. No. 1356]

    Objection Deadline: January 9, 2020, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Response of United States Trustee to Motions for Entry of Orders Approving Debtors' (1) 2020 Key Employee Incentive Program and (2) 2020 Key Employee Retention Plan [Dkt. No. 1396]

---

[2] **Amended items are noted in bold.**

2

Related Documents:

    A.    Declaration of Zachary P. Georgeson in Support of Debtors' Motion for Entry of an Order Approving the Debtors' 2020 Key Employee Incentive Program and Debtors' Motion for Entry of an Order Approving the Debtors' 2020 Key Employee Retention Plan [Dkt. No. 1358]

    B.    Declaration of Drew Smith in Sup-port of Debtors' Motion for Entry of an Order Approving the Debtors' 2020 Key Employee Incentive Program and Debtors' Motion for Entry of an Order Approving the Debtors' 2020 Key Employee Retention Plan [Dkt. No. 1359]

    C.    Notice of Filing of Revised Proposed Order Approving the Debtors' 2020 Key Employee Incentive Program [Dkt. No. 1413]

Status: This matter is going forward.

2. ***Second KERP Motion***. Debtors' Motion for Entry of an Order Approving the Debtors' 2020 Key Employee Retention Plan [Dkt. No. 1357]

Objection Deadline: January 9, 2020, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

    A.    Response of United States Trustee to Motions for Entry of Orders Approving Debtors' (1) 2020 Key Employee Incentive Program and (2) 2020 Key Employee Retention Plan [Dkt. No. 1396]

Related Documents:

    A.    Declaration of Zachary P. Georgeson in Support of Debtors' Motion for Entry of an Order Approving the Debtors' 2020 Key Employee Incentive Program and Debtors' Motion for Entry of an Order Approving the Debtors' 2020 Key Employee Retention Plan [Dkt. No. 1358]

    B.    Declaration of Drew Smith in Support of Debtors' Motion for Entry of an Order Approving the Debtors' 2020 Key Employee Incentive Program and Debtors' Motion for Entry of an Order Approving the Debtors' 2020 Key Employee Retention Plan [Dkt. No. 1359]

Status: This matter is going forward.

3. ***Second Omnibus Claims Objection***. Debtors' Second Omnibus Objection to Equity Interest Claims and Substantively Duplicate Claims [Dkt. No. 1342]

Objection Deadline: January 9, 2020, at 4:00 p.m. (prevailing Eastern Time).

3

Responses Received:

    A.   Informal responses of certain claimants.

    B.   Response to Debtors' Second Omnibus Objection to Equity Interest Claims and Substantively Duplicate Claims filed by Susan Mazzella, Vincent Mazzella [Dkt. No. 1387]

    C.   Objection of Robert Sinclair [Dkt. No. 1389]

    D.   Objection of Peter Spuler, Jr., PE [Dkt. No. 1390]

    E.   Letter to the Court by Justin Shackelford [Dkt. No. 1403]

    F.   Letter to the Court by Qiuyao Jia [Dkt. No. 1404]

    G.   Letter to the Court by John J. Fahy [Dkt. No. 1408]

    H.   Letter to the Court by Mary C. Sloan re: Objection to Motion re: Claim 3239 [Dkt. No. 1410]

Related Documents:

    A.   Affidavit of Service [Dkt. No. 1362]

    B.   Supplemental Affidavit of Service [Dkt. No. 1393]

    C.   Notice of Revised Proposed Order Granting Debtors' Second Omnibus Objection to Equity Interest Claims and Substantively Duplicate Claims [Dkt. No. 1409]

    D.   **Debtors' Omnibus Reply to Responses to the Debtors' Second Omnibus Claims Objection [Dkt. No. 1420]**

Status: This matter is going forward.

4. *Niagara Mohawk Stay Relief Motion.* Niagara Mohawk Power Corporation, Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001, for Relief from the Automatic Stay and Waiver of the Stay Imposed by Bankruptcy Rule 4001 (a)(3) [Dkt. No. 1256]

Objection Deadline: January 9, 2020, at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

    A.   Debtors' Objection to Motion by Niagara Mohawk Power Corporation, Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001, for Relief from the Automatic Stay and Waiver of the Stay Imposed by Bankruptcy Rule 4001 (a)(3) [Dkt. No. 1398]

Related Documents:

    A.    Notice of Adjournment of Hearing [Dkt. No. 1292] R

    B.    Reply of Niagara Mohawk Power Corporation to Debtors' Objection to Motion by Niagara Mohawk Power Corporation, Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001, for Relief from the Automatic Stay and Waiver of the Stay Imposed by Bankruptcy Rule 4001(a)(3) [Dkt. No. 1412]

Status: This matter is going forward.

5. ***Sprint Seal Motion.*** Sprint Communications Company, LP's Motion to Seal Documents Filed in Connection with its Motion for Relief from the Automatic Stay [Dkt. No. 1366]

Objection Deadline: January 9, 2020, at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None

Related Documents: None

Status: This matter is going forward.

## II. **MATTERS TO BE HEARD IN ADVERSARY CASE NO. 19-08279**

6. ***Motion to Shorten***. Windstream's Motion to Shorten Notice Period with Respect to Windstream's Motion for Leave to File Amended Complaint [Adv. Dkt. No. 63]

Objection Deadline: January 15, 2020, at 12:00 p.m. (prevailing Eastern Time)

Responses Received: None.

Related Documents: None.

Status: This matter is going forward.

7. ***Motion to File Amended Complaint***. Notice of Windstream's Motion for Leave to File Amended Complaint [Adv. Dkt. No. 64]

Objection Deadline: January 15, 2020, at 12:00 p.m. (prevailing Eastern Time)

Responses Received: None.

Related Documents:

    A.    Windstream's Memorandum in Support of Its Uncontested Motion for Leave to File Proposed Amended Complaint [Adv. Dkt. No. 65]

Status: This matter is going forward.

8. *Pretrial/Status Conference.*

   Related Documents:

   A. Stipulation and Agreed Order Regarding Count II of the Complaint in the Uniti Adversary Proceeding [Adv. Dkt. No. 62]

   Status: This matter is going forward.

III. **MATTERS TO BE HEARD IN ADVERSARY CASE NO. 19-08246**

   A. **SEALING MOTIONS**

9. *Motion to File Under Seal (Defendants' Motion to Exclude Jarosz).* Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Ex-Parte Motion to Seal Documents Filed in Connection with Their Motion to Exclude the Testimony of John C. Jarosz [Adv. Dkt. No. 118]

   Objection Deadline: December 11, 2019, at 4:00 p.m. (prevailing Eastern Time)

   Responses Received: None.

   Related Documents:

   A. Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Memorandum in Support of Motion to Exclude the Testimony of John C. Jarosz [Adv. Dkt. No. 116]

   B. Declaration of Brian Hockett in Support of Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Motion to Exclude the Testimony of John C. Jarosz [Adv. Dkt. No. 117]

   Status: The hearing on this matter is going forward.

10. *Motion to File Under Seal (Debtors' Opposition to Charter's Motion to Exclude Jarosz).* Debtors' Motion for Leave to File Under Seal Certain Portions of (A) Debtors' Memorandum of Law in Opposition to Defendants' Motion to Exclude Expert Testimony of John C. Jarosz , and (B) Declaration of John C. Jarosz in Support of Debtors' Opposition to Defendants' Motion to Exclude Expert Testimony of John C. Jarosz [Adv. Dkt. No. 168]

    Objection Deadline: December 17, 2019, at 12:00 p.m. (prevailing Eastern Time)

    Responses Received: None.

Related Documents:

    A.    Debtors' Memorandum of Law in Opposition to Defendants' Motion to Exclude Expert Testimony of John C. Jarosz [Adv. Dkt. No. 164]

    B.    Declaration of John C. Jarosz in Support of Debtors' Opposition to Defendants' Motion to Exclude the Expert Testimony of John C. Jarosz [Adv. Dkt. No. 165]

Status:  The hearing on this matter is going forward.

11. ***Motion to File Under Seal (Debtors' Motion to Exclude Ostberg).***  Debtors' Motion for Leave to File Under Seal Debtors' Memorandum of Law in Support of Their Motion to Exclude the Rebuttal Expert Report of Henry D. Ostberg [Adv. Dkt. No. 160]

Objection Deadline:  January 9, 2020, at 4:00 p.m. (prevailing Eastern Time)

Responses Received:  None.

Related Documents:

    A.    Debtors' Memorandum of Law in Support of Their Motion to Exclude the Rebuttal Expert Report of Henry D. Ostberg [Adv. Dkt. No. 156]

Status:  The hearing on this matter is going forward.

12. ***Motion to File Under Seal (Debtors' Motion to Exclude Kardos).***  Debtors' Motion for Leave to File Under Seal Portions of (A) Debtors' Memorandum of Law in Support of Motion to Exclude Expert Testimony of Matthew Kardos, and (B) Declaration of Grace A. Thompson in Support of Debtors' Motion to Exclude Expert Testimony of Matthew Kardos [Adv. Dkt. No. 195]

Objection Deadline:  January 9, 2020, at 4:00 p.m. (prevailing Eastern Time)

Responses Received:  None.

Related Documents:

    A.    Debtors' Memorandum of Law in Support of Their Motion to Exclude the Expert Testimony of Matthew Kardos [Adv. Dkt. No. 189]

    B.    Declaration of Grace A. Thompson in Support of Debtors' Motion To Exclude the Expert Testimony of Matthew Kardos [Adv. Dkt. No. 190]

Status:  The hearing on this matter is going forward.

13. ***Motion to File Under Seal (Debtors' Motion to Exclude Borders).*** Debtors' Motion for Leave to File Under Seal Portions of (A) Debtors' Memorandum of Law in Support of Motion to Exclude Expert Testimony of Robert Borders, and (B) Declaration of Grace A. Thompson in Support of Debtors' Motion to Exclude Expert Testimony of Robert Borders [Adv. Dkt. No. 194]

    Objection Deadline:  January 9, 2020, at 4:00 p.m. (prevailing Eastern Time)

    Responses Received:  None.

    Related Documents:

    A.   Debtors' Memorandum of Law in Support of Their Motion to Exclude the Expert Testimony of Robert Borders [Adv. Dkt. No. 186]

    B.   Declaration of Grace A. Thompson in Support of Debtors' Motion to Exclude the Expert Testimony of Robert Borders [Adv. Dkt. No 187]

    Status:  The hearing on this matter is going forward.

14. ***Motion to File Under Seal (Debtors' Motion to Exclude Kamin).*** Debtors' Motion for Leave to File Under Seal Portions of (A) Debtors' Memorandum of Law in Support of Motion to Exclude Expert Testimony of Jules Kamin, and (B) Declaration of Grace A. Thompson in Support of Debtors' Motion to Exclude Expert Testimony of Jules Kamin [Adv. Dkt. No. 196]

    Objection Deadline:  January 9, 2020, at 4:00 p.m. (prevailing Eastern Time)

    Responses Received:  None.

    Related Documents:

    A.   Debtors' Memorandum of Law in Support of Their Motion to Exclude the Expert Testimony of Jules Kamin [Adv. Dkt. No. 192]

    B.   Declaration of Grace A. Thompson in Support of Debtors' Motion to Exclude the Expert Testimony of Jules Kamin [Adv. Dkt. No 193]

    Status:  The hearing on this matter is going forward.

15. ***Motion to File Under Seal (Defendants' Opposition to Debtors' Motion to Exclude Borders).*** Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Ex-Parte Motion to Seal Portions of

Defendants' Response in Opposition to Plaintiffs' Motion to Exclude Testimony of Robert Borders [Adv. Dkt. No. 215]

Objection Deadline: January 15, 2020, at 12:00 p.m. (prevailing Eastern Time)

Responses Received:  None.

Related Documents:

- A. Defendants' Response in Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Robert Borders [Adv. Dkt. No. 213]

Status:  The hearing on this matter is going forward.

16. ***Motion to File Under Seal (Defendants' Opposition to Debtors' Motion to Exclude Kamin).***  Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Ex-Parte Motion to Seal Portions of Defendants' Response in Opposition to Plaintiffs' Motion to Exclude Testimony of Dr. Jules Kamin [Adv. Dkt. No. 219]

Objection Deadline: January 15, 2020 at 12:00 p.m. (prevailing Eastern Time)

Responses Received:  None.

Related Documents:

- A. Defendants' Response in Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Dr. Jules Kamin [Adv. Dkt. No. 216]

Status:  The hearing on this matter is going forward.

17. ***Motion to File Under Seal (Defendants' Opposition to Debtors' Motion to Exclude Kardos).***  Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Ex-Parte Motion to Seal Portions of Defendants' Response in Opposition to Plaintiffs' Motion to Exclude Testimony of Matthew Kardos [Adv. Dkt. No. 222]

Objection Deadline: January 15, 2020 at 12:00 p.m. (prevailing Eastern Time)

Responses Received:  None.

Related Documents:

- A. Defendants' Response in Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Matthew Kardos [Adv. Dkt. No. 220]

Status: The hearing on this matter is going forward.

18. ***Motion to File Under Seal (Defendants' Opposition to Debtors' Motion to Exclude Ostberg).*** Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Ex-Parte Motion to Seal Portions of Defendants' Response in Opposition to Plaintiffs' Motion to Exclude Testimony of Dr. Henry Ostberg [Adv. Dkt. No. 225]

    Objection Deadline: January 15, 2020 at 12:00 p.m. (prevailing Eastern Time)

    Responses Received: None.

    Related Documents:

    A. Defendants' Response in Opposition to Plaintiffs' Motion to Exclude the Expert Report of Dr. Henry D. Ostberg [Adv. Dkt. No. 223]

    Status: The hearing on this matter is going forward.

19. ***Motion to File Under Seal (Debtors' Reply in Support of Motion to Exclude Ostberg).*** Debtors' Motion for Leave to File Under Seal Debtors' Reply Memorandum in Support of Their Motion to Exclude the Rebuttal Expert Report of Henry D. Ostberg [Adv. Dkt. No. 230]

    Objection Deadline: January 16, 2020 at 10:00 a.m. (prevailing Eastern Time)

    Responses Received: None.

    Related Documents:

    A. Debtors' Reply Memorandum in Support of Their Motion to Exclude the Rebuttal Expert Report of Henry D. Ostberg [Adv. Dkt. No. 229]

    Status: The hearing on this matter is going forward.

20. ***Motion to File Under Seal (Debtors' Reply in Support of Motion to Exclude Kamin).*** Debtors' Motion for Leave to File Under Seal Debtors' Reply Memorandum in Support of Their Motion to Exclude the Expert Testimony of Jules Kamin [Adv. Dkt. No. 235]

    Objection Deadline: January 16, 2020 at 10:00 a.m. (prevailing Eastern Time)

    Responses Received: None.

Related Documents:

    A.    Debtors' Reply Memorandum in Support of Their Motion to Exclude the Expert Testimony of Jules Kamin [Adv. Dkt. No. 233]

Status: The hearing on this matter is going forward.

21. ***Motion to File Under Seal (Debtors' Reply in Support of Motion to Exclude Kardos).*** Debtors' Motion for Leave to File Under Seal Debtors' Reply Memorandum in Support of Their Motion to Exclude the Expert Testimony of Matthew Kardos [Adv. Dkt. No. 234]

Objection Deadline: January 16, 2020 at 10:00 a.m. (prevailing Eastern Time)

Responses Received: None.

Related Documents:

    A.    Debtors' Reply Memorandum in Support of Their Motion to Exclude the Expert Testimony of Matthew Kardos [Adv. Dkt. No. 232]

Status: The hearing on this matter is going forward.

**B.    SUBSTANTIVE MOTIONS**

22. ***Motion to Strike Jarosz Declarations.*** Defendants' Motion to Strike John C. Jarosz's Untimely Declarations [Adv. Dkt. No. 198]

Objection Deadline: January 9, 2020, at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

    A.    Debtors' Memorandum of Law in Opposition to Defendants' Motion to Strike John C. Jarosz's Declarations [Adv. Dkt. No. 218]

Related Documents:

    A.    Reply Memorandum in Support of Defendants' Motion to Strike John C. Jarosz's Untimely Declarations [Adv. Dkt. No. 227]

Status: The hearing on this matter is going forward.

23. ***Motion to Exclude Jarosz.*** Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Motion to Exclude the Testimony of John C. Jarosz [Adv. Dkt. No. 115]

Objection Deadline: December 11, 2019, at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

    A.    Debtors' Memorandum of Law in Opposition to Defendants' Motion to Exclude Expert Testimony of John C. Jarosz [Adv. Dkt. No. 164]

    B.    Declaration of John C. Jarosz in Support of Debtors' Opposition to Defendants' Motion to Exclude the Expert Testimony of John C. Jarosz [Adv. Dkt. No. 165]

    C.    Declaration of Grace A. Thompson in Support of Debtors' Opposition to Defendants' Motion to Exclude the Expert Testimony of John C. Jarosz [Adv. Dkt. No. 166]

Related Documents:

    A.    Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Memorandum in Support of Motion to Exclude the Testimony of John C. Jarosz [Adv. Dkt. No. 116]

    B.    Declaration of Brian Hockett in Support of Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Motion to Exclude the Testimony of John C. Jarosz [Adv. Dkt. No. 117]

    C.    Notice of Adjournment of Hearing on Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Motion to Exclude the Testimony of John C. Jarosz [Adv. Dkt. No. 177]

    D.    Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Reply Memorandum in Support of Motion to Exclude the Testimony of John C. Jarosz [Adv. Dkt. No. 181]

Status: The hearing on this matter is going forward.

24. ***Motion to Exclude Ostberg.*** Debtors' Motion to Exclude the Rebuttal Expert Report of Henry D. Ostberg [Adv. Dkt. No. 155]

Objection Deadline: January 9, 2020, at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

    A.    Defendants' Response in Opposition to Plaintiffs' Motion to Exclude the Expert Report of Henry D. Ostberg [Adv. Dkt. No. 223]

    B.    Declaration of Justin Mulligan in Support of Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Response in Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Dr. Henry Ostberg [Adv. Dkt. No. 224]

Related Documents:

    A.    Debtors' Memorandum of Law in Support of Their Motion to Exclude the Rebuttal Expert Report of Henry D. Ostberg [Adv. Dkt. No. 156]

    B.    Declaration of Grace A. Thompson [Adv. Dkt. No. 146]

    C.    Debtors' Reply Memorandum in Support of Their Motion to Exclude the Rebuttal Expert Report of Henry D. Ostberg [Adv. Dkt. No.229]

Status: The hearing on this matter is going forward.

25. ***Motion to File Rebuttal Expert Report.*** Debtors' Motion for Leave to File Rebuttal Expert Report [Adv. Dkt. No. 150]

Objection Deadline: January 9, 2020, at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

    A.    Defendants' Response in Opposition to Plaintifs' Motion for Leave to File Rebuttal Expert Report [Adv. Dkt. No. 226]

Related Documents:

    A.    Debtors' Memorandum of Law in Support of Their Motion for Leave to File Rebuttal Expert Report [Adv. Dkt. No. 152]

    B.    Debtors' Reply Memorandum in Support of Their Motion for Leave to File A Rebuttal Expert Report [Adv. Dkt. No. 228]

Status: The hearing on this matter is going forward.

26. ***Motion to Exclude Kardos.*** Debtors' Motion to Exclude the Expert Testimony of Matthew Kardos [Adv. Dkt. No. 188]

Objection Deadline: January 9, 2020, at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

    A.    Defendants' Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Matthew Kardos [Adv. Dkt. No. 220]

  B.   Declaration of Justin Mulligan in Support of Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Response in Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Matthew Kardos [Adv. Dkt. No. 221]

Related Documents:

  A.   Debtors' Memorandum of Law in Support of Their Motion to Exclude the Expert Testimony of Matthew Kardos [Adv. Dkt. No. 189]

  B.   Declaration of Grace A. Thompson in Support of Debtors' Motion to Exclude the Expert Testimony of Matthew Kardos [Adv. Dkt. No. 190]

  C.   Debtors' Reply Memorandum in Support of Their Motion to Exclude the Expert Testimony of Matthew Kardos [Adv. Dkt. No. 232]

Status: The hearing on this matter is going forward.

27.   ***Motion to Exclude Borders.*** Debtors' Motion to Exclude the Expert Testimony of Robert Borders [Adv. Dkt. No. 185]

Objection Deadline: January 9, 2020, at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

  A.   Defendants' Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Robert Borders [Adv. Dkt. No. 213]

  B.   Declaration of Justin Mulligan in Support of Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Response in Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Robert Borders [Adv. Dkt. No. 214]

Related Documents:

  A.   Debtors' Memorandum of Law in Support of Their Motion to Exclude the Expert Testimony of Robert Borders [Adv. Dkt. No. 186]

  B.   Declaration of Grace A. Thompson in Support of Debtors' Motion to Exclude the Expert Testimony of Robert Borders [Adv. Dkt. No. 187]

      C.    Debtors' Reply Memorandum of Law in Support of Their Motion to Exclude the Expert Testimony of Robert Borders [Adv. Dkt. No. 231]

Status: The hearing on this matter is going forward.

28. ***Motion to Exclude Kamin.*** Debtors' Motion to Exclude the Expert Testimony of Jules Kamin [Adv. Dkt. No. 191]

Objection Deadline: January 9, 2020 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

    A.    Defendants' Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Dr. Jules Kamin [Adv. Dkt. No. 216]

    B.    Declaration of Justin Mulligan in Support of Defendants Charter Communications, Inc. and Charter Communications Operating, LLC's Response in Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Dr. Jules Kamin [Adv. Dkt. No. 217]

Related Documents:

    A.    Debtors' Memorandum of Law In Support of Their Motion to Exclude the Expert Testimony of Jules Kamin [Adv. Dkt. No. 192]

    B.    Declaration of Grace A. Thompson in Support of Debtors' Motion to Exclude the Expert Testimony of Jules Kamin [Adv. Dkt. No. 193]

    C.    Debtors' Reply Memorandum in Support of Their Motion to Exclude the Expert Testimony of Jules Kamin [Adv. Dkt. No.233]

Status: The hearing on this matter is going forward.

### IV.  CONTINUED MATTERS IN BANKRUPTCY MAIN CASE NO. 19-22312:

29. ***Serrano Stay Relief Motion.*** Creditor Luis Serrano & Sonya Serrano's Motion for Relief from the Automatic Stay and Waiver of the Stay Imposed by Bankruptcy Rule 4001(a)(3) [Dkt. No. 1343]

Objection Deadline: January 9, 2020, at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None

Related Documents:

    A.    Notice of Hearing on Motion [Dkt. No. 1344]

19-22312-rdd Doc 1421 Filed 01/15/20 Entered 01/15/20 15:01:34 Main Document
Pg 16 of 18

      B.    Declaration of Jared A. DeSilvey in Support of Motion by Creditors Serrano, Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001, for Relief from the Automatic Stay and Waiver of the Stay Imposed by Bankruptcy Rule 4001 [Dkt. No. 1346]

      C.    Notice of Adjournment of Creditor Luis Serrano & Sonya Serrano's Motion for Relief from the Automatic Stay and Waiver of the Stay Imposed by Bankruptcy Rule 4001(a)(3) [Dkt. No. 1399]

Status: This matter is continued to the February 12, 2020 hearing.

30. ***Sprint Stay Relief Motion.*** Sprint Communications Company, LP's Motion for Relief from the Automatic Stay to Exercise its Right to Terminate the Fiber Optic Lease Agreement [Dkt. No. 1367]

Objection Deadline: January 13, 2020, at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None

Related Documents:

      A.    Notice of Adjournment of Sprint Communications Company, LP's Motion for Relief from the Automatic Stay to Exercise its Right to Terminate the Fiber Optic Lease Agreement [Dkt. No. 1400]

Status: This matter is continued to the February 12, 2020 hearing.

## V. WITHDRAWN MATTERS IN BANKRUPTCY MAIN CASE NO. 19-22312:

31. ***Charter's Motion to Compel Assumption or Rejection of Executory Contracts.*** Charter Communications Operating, LLC's Motion to Seal Documents Filed in Connection with Its Motion to Compel Assumption or Rejection of Executory Contracts [Dkt. No. 1261]

Objection Deadline: December 11, 2019, at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

      A.    Debtors' Objection to Charter Communications Operating, LLC's Motion to Compel Debtor Windstream Services, LLC to Assume or Reject Executory Contracts [Dkt. No. 1298]

      B.    Declaration of Wendy Hays in Support of the Debtors' Objection to Charter Communications Operating, LLC's Motion to Compel Debtor Windstream Services, LLC to Assume or Reject Executory Contracts [Dkt. No. 1299]

  C. Joinder of the Official Committee of Unsecured Creditors to Debtors' Objection to Charter Communications Operating, LLC's Motion to Compel Debtor Windstream Services, LLC to Assume or Reject Executory Contracts [Dkt. No. 1302]

Related Documents:

  A. Notice of Adjournment of Hearing on Charter Communications Operating, LLC's Motion to Compel Assumption or Rejection of Executory Contracts [Dkt. No. 1314]

  B. Notice of Withdrawal of Charter Communications Operating, LLC's Motion to Compel Debtor Windstream Services, LLC to Assume or Reject Executory Contracts [Dkt. No. 1388]

Status: Charter has withdrawn this matter without prejudice.

32. ***Ohio Edison Leave Motion.*** Motion of Ohio Edison Company for Leave to File Late Amendment to Proof of Claim or, Alternatively, to File Late Proof of Claim [Dkt. No. 1232]

Objection Deadline: January 9, 2020, at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None

Related Documents:

  A. Notice of Adjournment of Hearing [Dkt. No. 1292]

  B. Notice of Withdrawal of Motion of Ohio Edison Company for Leave to File Late Amendment to Proof of Claim or, Alternatively, to File Late Proof of Claim [Dkt. No. 1394]

Status: This matter is resolved and the motion has been withdrawn.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: January 15, 2020<br>New York, New York | */s/ Stephen E. Hessler*<br>Stephen E. Hessler, P.C.<br>Marc Kieselstein, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Brad Weiland (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession*<br><br><br>*/s/  Shaya Rochester*<br>Terence P. Ross<br>Michael R. Justus (admitted *pro hac vice*)<br>Shaya Rochester<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-887<br>Email: terence.ross@katten.com<br>           michael.justus@katten.com<br>           srochester@katten.com<br><br>*Conflicts Counsel to the Debtors and Debtors in Possession* |