Stephen E. Hessler, P.C.
Marc Kieselstein, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WINDSTREAM HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 19-22312 (RDD) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AGENDA FOR FEBRUARY 12, 2020 HEARING**

Time and Date of Hearing:   February 12, 2020, at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/windstream. Further information may be obtained via email at WindstreamInfo@kccllc.com, or by calling toll free at 877-759-8815, or internationally at 424-236-7262.

---

[1] The last four digits of Debtor Windstream Holdings, Inc.'s tax identification number are 7717. Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/windstream. The location of the Debtors' service address for purposes of these chapter 11 cases is:  4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

**I.    UNCONTESTED MATTERS:**

**Debtors' Professionals' Interim Fee Applications.**

1.  ***K&E Fee Application.***  Second Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from July 1, 2019 Through and Including October 31, 2019 [Docket No. 1327].

    Objection Deadline:  January 6, 2020, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:  None.

    Related Documents:

    A.  Notice of Second Interim Fee Hearing [Docket No. 1405].

    B.  Notice of Filing of Proposed Form of Omnibus Order Granting Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses [Docket No. 1486].

    Status:  This matter is going forward.

2.  ***Katten Fee Application.***  Second Interim Fee Application of Katten Muchin Rosenman LLP, Conflicts Counsel for Windstream Holdings, Inc., *et al.*, for the Period from July 1, 2019 Through and Including October 31, 2019 [Docket No. 1319].

    Objection Deadline:  January 6, 2020, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:  None.

    Related Documents:

    A.  Notice of Second Interim Fee Hearing [Docket No. 1405].

    B.  Notice of Filing of Proposed Form of Omnibus Order Granting Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses [Docket No. 1486].

    Status:  This matter is going forward.

3.  ***A&M Fee Application***.  Second Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary

Expenses Incurred from July 1, 2019 Through and Including October 31, 2019 [Docket No. 1328].

Objection Deadline: January 6, 2020, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

A. Notice of Second Interim Fee Hearing [Docket No. 1405].

B. Notice of Filing of Proposed Form of Omnibus Order Granting Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses [Docket No. 1486].

Status: This matter is going forward.

4. ***Altman Vilandrie & Company Application***. First and Final Fee Application of Altman Vilandrie & Company as Telecom Services Consultants for Allowance of Compensation and Reimbursement of Out-of-Pocket Expenses Incurred for the Period of July 1, 2019 Through October 31, 2019 [Docket No. 1329].

Objection Deadline: January 6, 2020, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

A. Notice of Second Interim Fee Hearing [Docket No. 1405].

B. Notice of Filing of Proposed Form of Omnibus Order Granting Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses [Docket No. 1486].

Status: This matter is going forward.

5. ***KPMG Fee Application.*** Second Interim Fee Application of KPMG LLP as Tax Consultants to the Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from July 1, 2019 Through October 31, 2019 [Docket No. 1330].

Objection Deadline: January 6, 2020, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

A. Notice of Second Interim Fee Hearing [Docket No. 1405].

B. Notice of Filing of Proposed Form of Omnibus Order Granting Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses [Docket No. 1486].

Status: This matter is going forward.

6. ***PJT Fee Application.*** Second Interim Fee Application of PJT Partners LP as Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of Out-Of-Pocket Expenses Incurred for the Period of July 1, 2019 Through October 31, 2019 [Docket No. 1331].

Objection Deadline: January 6, 2020, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

A. Notice of Second Interim Fee Hearing [Docket No. 1405].

B. Notice of Filing of Proposed Form of Omnibus Order Granting Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses [Docket No. 1486].

Status: This matter is going forward.

7. ***PwC Fee Application***. Second Interim Application of PricewaterhouseCoopers LLP, Independent Auditor and Accounting Provider to the Debtors and Debtors in Possession, for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period from July 1, 2019 Through October 31, 2019 [Docket No. 1332].

Objection Deadline: January 6, 2020, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

A. Notice of Second Interim Fee Hearing [Docket No. 1405].

B. Notice of Filing of Proposed Form of Omnibus Order Granting Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses [Docket No. 1486].

Status: This matter is going forward.

8. ***SolomonEdwardsGroup, LLC Application*** First Application of SolomonEdwardsGroup, LLC as Bankruptcy Accounting Consultant for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2019 Through and Including October 31, 2019. [Docket No. 1334].

   Objection Deadline: January 6, 2020, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None.

   Related Documents:

   A. Notice of Second Interim Fee Hearing [Docket No. 1405].

   B. Notice of Filing of Proposed Form of Omnibus Order Granting Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses [Docket No. 1486].

   Status: This matter is going forward.

**Creditors' Committee Professionals' Second Interim Fee Applications.**

9. ***Morrison & Foerster LLP Fee Application***. Second Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period July 1, 2019 Through October 31, 2019 [Docket No. 1322].

   Objection Deadline: January 6, 2020, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None.

   Related Documents:

   A. Notice of Second Interim Fee Hearing [Docket No. 1405].

   B. Notice of Filing of Proposed Form of Omnibus Order Granting Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses [Docket No. 1486].

   Status: This matter is going forward.

10. ***AlixPartners, LLP Fee Application***. AlixPartners, LLP's Second Interim Application for the Period July 1, 2019 Through October 31, 2019 for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors [Docket No. 1323].

    Objection Deadline: January 6, 2020, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    A. Notice of Second Interim Fee Hearing [Docket No. 1405].

    B. Notice of Filing of Proposed Form of Omnibus Order Granting Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses [Docket No. 1486].

    Status: This matter is going forward.

11. ***Perella Weinberg Partners LP Fee Application***. Second Interim Application of Perella Weinberg Partners LP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from July 1, 2019 to and Including October 31, 2019 [Docket No. 1326].

    Objection Deadline: January 6, 2020, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    A. Notice of Second Interim Fee Hearing [Docket No. 1405].

    B. Notice of Filing of Proposed Form of Omnibus Order Granting Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses [Docket No. 1486].

    Status: This matter is going forward.

**Other Uncontested Matters.**

12. ***TVA Stipulation***. Notice of Presentment of Stipulation and Agreed Order for Limited Relief from the Automatic Stay to Effectuate a Setoff [Docket No. 1401].

    Objection Deadline: February 5, 2020, at 4:00 p.m. (prevailing Eastern Time);

Responses Received: None.

Related Documents:

A. Certificate of No Objection Regarding Notice of Presentment of Stipulation and Agreed Order for Limited Relief from the Automatic Stay to Effectuate a Setoff [Docket No. 1490].

Status: The Debtors have filed a certificate of no objection for this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

13. ***Third Omnibus Claims Objection***. Debtors' Third Omnibus Objection to Amended Claims, Equity Interest Claims, and Substantively Duplicate Claims [Docket No. 1406].

Objection Deadline: February 5, 2020, at 4:00 p.m. (prevailing Eastern Time);

Responses Received:

A. Informal inquiries and responses.

B. Response to Motion by Nancy Devine re: Claim No. 4764 [Docket No. 1473].

C. Response to Motion by John Devine re: Claim No. 4553 [Docket No. 1474].

Related Documents:

D. Affidavit of Service [Docket No. 1425].

E. Supplemental Affidavit of Service [Docket No. 1469].

F. Certification of No Objection Regarding Debtors' Third Omnibus Objection to Amended Claims, Equity Interest Claims, and Substantively Duplicate Claims [Docket No. 1493].

Status: This matter is going forward on an uncontested basis. All formal and informal responses have been consensually resolved. The Debtors have filed a certificate of no objection with revisions to the order and schedule(s).

14. ***Second Notice of Claims Satisfaction***. Second Notice of Satisfaction of Claims [Docket No. 1407].

Objection Deadline: February 5, 2020, at 4:00 p.m. (prevailing Eastern Time);

Responses Received:

    A.    Informal inquiries and responses.

Related Documents:

    B.    Affidavit of Service [Docket No. 1425].

    C.    Certification of No Objection Regarding Second Notice of Satisfaction of Claims [Docket No. 1492]

Status: This matter is going forward on an uncontested basis. The Debtors have filed a certificate of no objection with revisions to the order and schedule(s).

## II. CONTINUED/RESOLVED MATTERS:

15. ***Serranos' Stay Motion***. Creditor Luis Serrano & Sonya Serrano's Motion for Relief from the Automatic Stay and Waiver of the Stay Imposed by Bankruptcy Rule 4001(a)(3) [Docket No. 1343].

Objection Deadline: February 7, 2020, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

    A.    Notice of Hearing on Motion by Luis & Sonya Serrano Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001, for Relief from the Automatic Stay and Waiver of the Stay Imposed by Bankruptcy Rule 4001(a)(3) [Docket No. 1344].

    B.    Declaration Jared DeSilvey in Support of Motion by Creditors Serrano Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001, for Relief from the Automatic Stay and Waiver of the Stay Imposed by Bankruptcy Rule 4001(a)(3) [Docket No. 1346].

    C.    Notice of Adjournment of Hearing on Motion by Luis & Sonya Serrano Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001, for Relief from the Automatic Stay and Waiver of the Stay Imposed by Bankruptcy Rule 4001(a)(3) [Docket No. 1399].

    D.    Notice of Adjournment of Hearing on Motion by Luis & Sonya Serrano Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001, for Relief from the Automatic Stay and Waiver of the Stay Imposed by Bankruptcy Rule 4001(a)(3) [Docket No. 1496].

Status: This matter is continued to the March 17, 2020 omnibus hearing.

16.     *Sprint's Stay Motion*. Sprint Communications Company, LP's Motion for Relief from the Automatic Stay to Exercise Its Right to Terminate the Fiber Optic Lease Agreement [Docket No. 1367].

Objection Deadline: February 7, 2020, at 4:00 p.m. (prevailing Eastern Time);

Responses Received: None.

Related Documents:

- A. Sprint Communications Company, LP's Motion to Seal Documents Filed in Connection with Its Motion for Relief from the Automatic Stay [Docket No. 1366].

- B. Notice of Adjournment of Sprint Communications Company, LP's Motion for Relief from the Automatic Stay to Exercise Its Right to Terminate the Fiber Optic Lease Agreement [Docket No. 1400].

- C. Order Granting Sprint Communications Company, LP's Motion to Seal Documents Filed in Connection with Its Motion for Relief from the Automatic Stay [Docket No. 1442].

- D. Notice of Withdrawal of Sprint Communications Company, LP's Motion for Relief from the Automatic Stay to Exercise its Right to Terminate the Fiber Optic Lease Agreement [Docket No. 1494].

Status: This matter has been withdrawn.

| | |
|---|---|
| Dated: February 10, 2020<br>New York, New York | */s/ Stephen E. Hessler*<br>Stephen E. Hessler, P.C.<br>Marc Kieselstein, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Brad Weiland (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |