UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WINDSTREAM HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-22312<br><br>(RDD)   (Jointly Administered) |

### SUPPLEMENTAL DECLARATION OF
### DAVID MACGREEVEY OF ALIXPARTNERS, LLP

Pursuant to 28 U.S.C. § 1746, I, David MacGreevey, state under penalty of perjury, that:

I am a Managing Director of AlixPartners, LLP ("AlixPartners"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

I am filing this supplemental declaration to supplement the disclosures that were included in my original declaration dated April 29, 2019 [ECF No. 442] and my first supplemental declaration dated June 5, 2019 [ECF No. 607].

Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries.  AlixPartners would like to disclose the following:

- American Arbitration Association, a notice of appearance party to the Debtors, and affiliates are vendors to AP.

---

[1] The last four digits of Debtor, Windstream Holdings, Inc.'s tax identification number is 7717.  Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four difits of their federal tax identification numbers is not provided herein.  A complete list of such nformation may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/windstream.  The location of the Debtors' service address for purposes of these chapter 11 cases is:  4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

- Ankura Trust Company, LLC, a notice of appearance party to the Debtors, and affiliates ("Ankura") are lenders, professionals and related parties to current AP clients in matters unrelated to the Debtors. Ankura is a current AP client in matters unrelated to the Debtors. Ankura is a former employer to current AP employees.

- BMC Group, Inc., a notice of appearance party to the Debtors, and affiliates ("BMC") are professionals, vendors, contract parties, litigation parties, related parties, creditors, customers, related parties and adverse parties to current and former AP clients in matters unrelated to the Debtors. BMC is vendor to AP.

- Cisco Systems Capital Corporation, a vendor and notice of appearance party to the Debtors, and affiliates ("Cisco") are lenders, lienholders, bondholders, contract parties, related parties, professionals, vendors, litigation parties, adverse parties, and creditors to current and former AP clients in matters unrelated to the Debtors. Cisco is a former employer of current AP employees.

- Citadel Enterprise Americas LLC, an equity holder to the Debtors, and affiliates ("Citadel") are adverse parties, adverse litigation parties, bondholders, lenders, noteholders and related parties to current AP clients in matters unrelated to the Debtors. Citadel is current AP clients in matters unrelated to the Debtors.

- Citi, Citibank and Citibank, N.A, bank lender and UCC search parties and notice of appearance parties to the Debtors, and affiliates ("Citi") are adverse parties, adverse litigation parties, associated companies, banking service providers, bondholders, contract parties, creditors, customers, indenture trustees, investors, joint venture entities, lenders, lessors, lienholder, litigation parties, noteholders, professionals, shareholders, trustees, vendors, and related parties to current and former AP clients in matters unrelated to the Debtors. Citi is a current and former AP client in matters unrelated to the Debtors. Citi is a former employer of current AP employees.

- Comcast, Comcast Business Communications, LLC and Comcast Phone LLC, creditors, notice of appearance parties and vendors to the Debtors, and affiliates ("Comcast") are parent companies, adverse litigation parties and contract parties to current and former AP clients in matters unrelated to the Debtors. Comcast is a current AP client in matters unrelated to the Debtors.

- Cyient, Inc., a vendor and notice of appearance party to the Debtors, and affiliates ("Cyient") are former employers to current AP employees.

- CyrusOne, LLC, a notice of appearance party to the Debtors, and affiliates ("CyrusOne") are vendors, contract parties and lessors to current AP clients in matters unrelated to the Debtors. CyrusOne is a current AP client in matters unrelated to the Debtors.

- Dechert LLP, a notice of appearance party to the Debtors, and affiliates ("Dechert") are professionals, vendors, litigation parties, lenders, counsel, opposing counsel, and adverse parties to current and former AP clients in matters unrelated to the Debtors. Dechert LLP is

2

- a former AP client in matters unrelated to the Debtors. Dechert LLP is a former employer of a current AP employee.

- Federal Insurance Company, a notice of appearance party to the Debtors, and affiliates ("Federal Insurance") are creditors, lenders, investors, insurance providers, bondholders, vendors, adverse litigation parties, related parties and contract parties to current and former AP clients in matters unrelated to the Debtors. Federal Insurance is a current AP client in matters unrelated to the Debtors. Federal Insurance is an insurance provider to AP.

- Fort Bend Independent School District, a notice of appearance party to the Debtors, is a contract party, litigation party and vendor to former AP clients in matters unrelated to the Debtors.

- Fusion Connect, Inc., on behalf of its various subsidiaries, a notice of appearance party to the Debtors, and affiliates ("Fusion") are related parties, vendors, creditors, bondholders, indenture trustees and vendors to current and former AP clients in matters unrelated to the Debtors. Fusion is the Debtor in a bankruptcy matter unrelated to the Debtors in which AP is representing a UCC.

- Infor Global Solutions Inc. Extensity, a vendor to the Debtors, and affiliates ("Infor") are associated companies, vendors, related parties and creditors to current AP clients in matters unrelated to the Debtors. Infor is a current and former AP client in matters unrelated to the Debtors.

- McAfee Inc., a vendor to the Debtors, and affiliates ("McAfee") are creditors, related parties and vendors to current and former AP clients in matters unrelated to the Debtors. McAfee is a current AP client in matters unrelated to the Debtors.

- Moore & Van Allen PLLC, a notice of appearance party to the Debtors, is a lessor, related party, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors. MVA is a current and former AP client in matters unrelated to the Debtors.

- Nokia of America Corporation, a notice of appearance party to the Debtors, and affiliates ("Nokia") are contract parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. Nokia is a current and former AP client in matters unrelated to the Debtors. Nokia is a former employer of a current AP employee.

- Northern Trust Global Investments and Northern Trust Investments Inc., equity holders to the Debtors, and affiliates ("Northern Trust") are banking services providers and creditors to current AP clients in matters unrelated to the Debtors. Northern Trust is a current AP client in matters unrelated to the Debtors.

- Santander Bank, N.A., a notice of appearance party to the Debtors, and affiliates ("Santander") are adverse parties, adverse litigation parties, associated companies, creditors, customers, lenders, litigation parties, contract parties, related parties, professionals and vendors to current and former AP clients in matters unrelated to the Debtors. Santander is a

- current AP client in matters unrelated to the Debtors. Santander is a former employer of current AP employees.

- Scansource Catalyst Inc and Scansource Inc., vendors and notice of appearance parties to the Debtors, and affiliates ("Scansource") are adverse parties, customers, vendors and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. ScanSource is a current AP client.

- Simon Property Group L.P., a notice of appearance party to the Debtors, and affiliates ("Simon Property") are affiliates, litigation parties, creditors, contract parties, lessors, adverse litigation parties, related parties, bondholders and vendors to current and former AP clients in matters unrelated to the Debtors. Simon Property is a member of the UCCs represented by AP in BCBG Max Azria Global Holdings, Bon-Ton Stores, Inc. and Forever 21 Inc., bankruptcy matters unrelated to the Debtors.

- Southern Company Services and Southern Company Services, Inc., a vendor and notice of appearance party to the Debtors, and affiliates ("Southern Company") are current AP clients in matters unrelated to the Debtors.

- T3 Broadband and T3 Wireless Inc., creditors, vendors and notice of appearance parties to the Debtors, and affiliates ("T3") are vendors, litigation parties and shareholders to current and former AP clients in matters unrelated to the Debtors.

- Tennessee Department of Revenue, a notice of appearance party to the Debtors, is a adverse party, taxing authority, related party, vendors and professional to current and former AP clients in matters unrelated to the Debtors.

- UBS Realty Investors LLC, a notice of appearance party to the Debtors, and affiliates ("UBS") are adverse parties, bondholders, adverse litigation parties, litigation parties, creditors, customers, contract parties, indenture trustees, investors, lenders, lienholders, noteholders, related parties, professionals, shareholders, banking services providers, lessors and vendors to current and former AP clients in matters unrelated to the Debtors. UBS is a current and former AP client in matters unrelated to the Debtors. UBS is a former employer of current AP employees. UBS is a vendor to AP.

- U.S. TelePacific Corp. doing business as TPx Communications, a notice of appearance party to the Debtors, and affiliates ("TPx") are vendors and related parties to current and former AP clients in matters unrelated to the Debtors. TPx is a current AP client in matters unrelated to the Debtors.

- Velocity Technology Solutions, Inc., a vendor to the Debtors, and affiliates ("Velocity") are creditors, contract parties and vendors to current AP clients in matters unrelated to the Debtors. Velocity is a current AP client in matters unrelated to the Debtors.

- Velocloud Networks, LLC, a VMware Company, a notice of appearance party to the Debtors, and affilaites ("VMware") are contract parties, creditors, and vendors to current AP clients

in matters unrelated to the Debtors. VMware is a current and former AP client in matters unrelated to the Debtors. VMware is a former employer of a current AP employee.

- Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company, notice of appearance parties to the Debtors, ("Westchester") are adverse litigation parties, insurance providers, creditors, contract parties, adverse parties, related parties and bondholders to current and former AP clients in matters unrelated to the Debtors.

AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: February 10, 2020                                AlixPartners, LLP


                                                        */s/ David MacGreevey*
                                                        David MacGreevey
                                                        Managing Director

5