Form 210A (10/06)

# United States Bankruptcy Court
## Southern District of New York

In re:  Windstream Communications, LLC,
Case No.  19-22433 Jointly administered under Case No. 19-22312

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
Fair Harbor Capital, LLC
As assignee of Mazanec Raskin & Ryder Co LPA (aka Mazanic Raskin & Ryder Co LPA )

Name of Transferor:
Mazanec Raskin & Ryder Co LPA (aka Mazanic Raskin & Ryder Co LPA )

Name and Address where notices to transferee should be sent:

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY  10023

Court Claim # (if known):

- Claim Number: 6676 - $2,887.50
- Claim Number: 6671 - $481.00
- Claim Number: 6643 - $55.50
- Claim Number: 6677 - $15,148.65
- Claim Number: 6681 - $462.00
- Scheduled Claim: $29,609.43

Name and Address of Transferor:

Mazanec Raskin & Ryder Co LPA (aka Mazanic Raskin & Ryder Co LPA )
34305 Solon Rd Suite 100
Solon, OH  44139-2260

Phone: __212 967 4035__
Last Four Digits of Acct #: ____n/a____

Phone:
Last Four Digits of Acct. #: ___n/a____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/Fredric Glass_____     Date:____May 12, 2020_____
      Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## United States Bankruptcy Court
## Southern District of New York

In re:     **Windstream Communications, LLC,**
Case No.   **1 9 - 2 2 4 3 3 Jointly administered under Case No. 19-22312**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No. 6676, 6671, 6643, 6677, 6681(if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on May 12, 2020.

Name of Transferee:
Fair Harbor Capital, LLC
As assignee of Mazanec Raskin & Ryder Co LPA (aka Mazanic Raskin & Ryder Co LPA )

Name of Transferor:
Mazanec Raskin & Ryder Co LPA (aka Mazanic Raskin & Ryder Co LPA )

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Name and Address of Alleged Transferor:

Mazanec Raskin & Ryder Co LPA (aka Mazanic Raskin & Ryder Co LPA )
34305 Solon Rd Suite 100
Solon, OH 44139-2260

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____          _____
                                                                               Clerk of the Court

| Debtor | Windstream Communications, LLC | Case number (if known) | 19-22433 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.4342** Nonpriority creditor's name and mailing address

MAX DEL PILAR PORRAS JR
25 WISTERIA PL.
JEFFERSON, GA 30549

$ Undetermined

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: POTENTIAL LITIGATION CLAIM

Date or dates debt was incurred Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4343** Nonpriority creditor's name and mailing address

MAXERMON WEST, JR.
1169 UPPER SALEM CHURCH RD.
JASPER, GA 30143

$ Undetermined

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: POTENTIAL LITIGATION CLAIM

Date or dates debt was incurred Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4344** Nonpriority creditor's name and mailing address

MAY, WALTER R.
918 MAIN STREET
ECLECTIC, AL 35024

$ Undetermined

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: POTENTIAL LITIGATION CLAIM

Date or dates debt was incurred Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4345** Nonpriority creditor's name and mailing address

MAYSVILLE UTILITY COMMISSION
PO BOX 406
MAYSVILLE, KY 41056

$41.79

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4346** Nonpriority creditor's name and mailing address

MAZANIC RASKIN & RYDER CO LPA
34305 SOLON ROAD STE 100
SOLON, OH 44139-2660

$29,609.43

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Search Results for Windstream Holdings, Inc., et al.

...Original Claim Amount

- **Claim Number:** 6676  Download PDF

  **Name:** MAZANEC RASKIN & RYDER CO LPA

  **Original Claim Amount:** $2,887.50

  **Date Claim Filed:** 7/15/2019

  **Debtor:** Windstream Communications, LLC

  **Original Claim Nature:** General Unsecured

- **Claim Number:** 6671  Download PDF

  **Name:** MAZANEC RASKIN & RYDER CO LPA

  **Original Claim Amount:** $481.00

  **Date Claim Filed:** 7/15/2019

  **Debtor:** Windstream Communications, LLC

  **Original Claim Nature:** General Unsecured

- **Claim Number:** 6643  Download PDF

  **Name:** MAZANEC RASKIN & RYDER CO LPA

  **Original Claim Amount:** $55.50

  **Date Claim Filed:** 7/15/2019

  **Debtor:** Windstream Communications, LLC

  **Original Claim Nature:** General Unsecured

http://www.kccllc.net/windstream/creditor/search/result

5/12/2020, 11:02

Search Results for Windstream Holdings, Inc., et al.

2 of 3

- **Claim Number:** 6677  Download PDF

  **Name:** MAZANEC RASKIN & RYDER CO LPA

  **Original Claim Amount:** $15,148.65

  **Date Claim Filed:** 7/15/2019

  **Debtor:** Windstream Communications, LLC

  **Original Claim Nature:** General Unsecured

- **Claim Number:** 6681  Download PDF

  **Name:** MAZANEC RASKIN & RYDER CO LPA

  **Original Claim Amount:** $462.00

  **Date Claim Filed:** 7/15/2019

  **Debtor:** Windstream Communications, LLC

  **Original Claim Nature:** General Unsecured

## Notice of Transfer and Waiver of Notice

MAZANIC RASKIN & RYDER CO LPA ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against Windstream Communications, LLC or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than $29,609.43, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, Southern District of New York, Case No 19-22312. Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, MAZANIC RASKIN & RYDER CO LPA (Seller) has signed below as of March 25, 2020 (date).

MAZANIC RASKIN & RYDER CO LPA ("Seller")
34305 SOLON RD STE 100
SOLON, OH 44139-2660

Print Name: Christina Bidwell  Title: COO

Signature: CBidwell  Date: 3/25/2020

Phone: _____  Fax: _____

Email: _____

Updated Address (If Changed): _____

Fair Harbor Capital, LLC ("Purchaser")
130 West 57th Street, 5th Floor
New York, NY 10019

Signature: _____

Fred Glass, Member Fair Harbor Capital, LLC
Victor Knox